FILED

**United States District Court**
**Middle District of Florida**
**Jacksonville Division**

2011 SEP 16  PM 12: 58

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

3:11-cv-928-4-34ABT

KELDA K. RANDOLPH, SHOWSTOPPA MAGAZINE,

an individual, Claimant,

v. BARACK OBAMA, President of the United States of America,
a sovereign nation; GEORGE W. BUSH, an individual; DOES 1-10,
individuals; DOES 11-20, entities, City of Jacksonville, Mayor John
Peyton, JFR, JSO, Sheriff John Rutherford, City of Jacksonville Events
Office, KKK, JacksonvilleEthics Office, Carla Miller, Crime Watch,
Fraternal Order of Police,WJCT, DOJ, FBI, JTA ,JEA, SWS, DCF,
DCSB, Internal Affairs, States Attorneys Office, Judge Davis, Judge
Hugh Carithers, Judge Linda McCallum, EEOC, Clear Channel Radio,
Clear Channel Television, WJGL, AT&T Broad band,FCC,GUNIT,
Curtis Jackson, FOLIO,BUZZ, Entertainment U, State of Florida,
Former Governor Charlie Crist, Governor Rick Scott, Jacksonville
Victims Services, Heather Webb, Officer Moore, Officer Newsom,Officer
Ryder,Officer J.O. Gonzalez, Officer E.B. Borntraeger, Officer Robinson,
Jacksonville Human Rights Commission, Office of Inspector General Eric
Holder, Former President Bill Clinton, Former President George H. Bush,
Former President George W. Bush, Supervisor of Elections, Flytele, British
Airways, Dena Rasul, Flytele,Work Compensation Jacksonville Office, United
States Government, Humana, Prudential,CitiCards, Officer Newsom, Officer
Robinson,Officer Moore,  Officer Ryder, Officer J.O. Gonzalez, Officer E.B.
Borntraeger, AIG Insurance,JSO Crimewatch,Mitchell Realty , Shands Hospital,
Wachovia, Vystar,Web.com, Kathy Knerr, Gretta Gillis,Suzanne
Nielsen, U.K. Government,BP, Arlington Middle School, Terry Parker High
School, Sally B. Mathis Elementary,Lake Forest Elementary, Southside Middle
School,Mr. Palmer, First Baptist of Jacksonville, Memorial Hospital,ABC,
TAXI, UHAUL, U.S. ARMY, US NATIONAL GUARD,Department of Military
Affairs, The Florida Bar Association, Jacksonville Legal Aid, Department
of Health & Rehabilitative Services, Department of Labor, Jacksonville
Blood Bank, BET,CLEARWIRE, FEDERAL TRADE COMMISSION,Bill Gates,
Melinda Gates,Texas Utilities, OCPS,Warner Brothers, Time Warner,
CBS,  TBN,WTLV,WAWS,FOX, Homeland Security, Gottlieb,Medaphis,
Jacksonville Encoding Center, American Heritage Life,UPS, USPS,FED EX,
U.S. NAVY, Jim Fuller Clerk of The Circuit Court Jury Witness Department,
MTV,Church of Scientology, CIA, US Coast Guard, US Marines, DOJ,
Kathryn Peyton, Patricia Rutherford,Fl. State Senators, Dominoes, Fl. State
Representatives, Dept. Of Defense,Clara White Mission,City Events Office,
Christina Langston, Comcast,SAFELINK,First Baptist Church,
Officer Goodbread, Department of Education, Progressive Financial,
Merita, Churches, ABC,Department,of Civil Defense,BP,MSN,
BUDWEISER, CBS, St. Vincent's Hospital, Vistaprint,Medicaid,
St. Lukes Hospital, William Dietrich M.D,Department of H&R
CSX, Google,Linkshare,Commission Junction,Facebook,Twitter,
Youtube,Myspace,Publix, Winn Dixie Defendant(s)._____

**COMPLAINT AND DEMAND FOR JURY TRIAL**
FOR DIABOLICAL RACIAL AND GENDER RELATED HATE CRIMES, OBSTRUCTION OF JUSTICE
STALKING, ORGANIZED CRIME, ATTEMPTED MURDER, BLACK LISTING, AND USE OF ELECTRONIC AND NUCLEAR WEAPONRY
This is an official Complaint and Demand for a fair and impartial legal trial for diabolical racial and gender
related hate crimes, stalking, intent to harm, injure, or kill plaintiff, attempt to falsely incarcerate, continual

entrapment, attempt to baker act for complaining about sexual harassment and virtual rapes from government sources, premeditated manslaughter attempts, sexual harassment, witness intimidation including incarceration and threats of incarceration, intellectual property and privacy violations at an extreme level with the intent to cause interference with business dealings, perjury, vandalism, racketeering, organized crime and stalking and covert operations aimed at injuring or killing Plaintiff, blackballing,defamation, and unwarranted investigations based on the color of her skin. The daily incessant actual and verifiable acts of committed racial discrimination, authorized government and corporate torture and governance, sexual harassment and gender and religious assaults, verbal harassment and property vandalism of orchestrated violent covert harassment groups and homosexual hate groups, upon the authorization of government employees, police, officials, groups, community organizations, and contractors, has resulted in Plaintiff and associates having suffered extreme results of financial hardship and health problems. Also in addition, to the continual surveillance, negligence, and sexual and verbal harassment of the local police and the Department of Justice and the States Attorneys office as well as the local Mayors Office, Plaintiff is commonly known and is a favorite sexual and mental target of these persons and entities and the connection is believed to be referred to as a sexual benefit of these defendants at the expense of the Plaintiff and has been occurring unbeknownst to the Plaintiff for years and is taking place presently. Plaintiff, family, and associates continue to suffer daily targeting from city employees and government contractors with targeting of their homes and properties and personal effects in which all cases involve attacks and perjury as in the case of Micah Dexter, Plaintiff's pastor who after notarizing an official complaint the Plaintiff made against the Mayor of Jacksonville, Florida Duval County, John Peyton, Mr. Dexter had his child also removed illegally from his home from DCF shortly after assisting Plaintiff with her government issues. Plaintiff has had also had additional family members targeted from perjuries and frames from the local law enforcement including the now incarcerated Ethel McClendon and Walter Cato Jones, who are the Plaintiff's cousins and who were incarcerated after Plaintiff started her company Showstoppa. Plaintiff is now continuing to suffer from electronic and nuclear harassment upon her persons and various perjuries committed against her from the Jacksonville Sherriff's office, Curtis Jackson, Dena Rasul, the DOJ, etc. to keep her in a place of financial failure and to prevent Plaintiff from speaking about her sexual harassment from the police on the Internet. Plaintiff has had her phone lines and Internet lines cut five plus times intentionally from orders of contractors, police, or government unconfirmed but suspected sources to be further investigated and has her private information distributed among thousands of government employees employed by government institutions or who were contracted after Plaintiff started accounts with the entities. This leaves Plaintiff in a state of panic as she already suffers from anxiety and is fearful of not having communications in case of attacks on her person and property. Plaintiff is also being forced in a position of failure as most people are afraid to help her and the post office workers and SWS workers often harass Plaintiff's relatives when they come to visit by riding in front of the properties and circling the area over and over and parking near the residence. As also in the new case against COMCAST after COMCAST had cut her line for the third time, they were scheduled to appear to connect her modem and falsely stated they showed up to the property when Plaintiff and witnesses viewed a Comcast van parked across the street of which did not come to the home. Upon speaking with COMCAST they advised Plaintiff did not answer the phone. Plaintiff then advised they never had to call before and that she did not have any minutes and that this was intentional. Plaintiff suffers loss of education and educational success of attending online classes to Capella University as a result of these harassments of her internet and phone and person which also include sexual harassment from Curtis Jackson and targeting attacks rumoured to be ordered from various contractors, Curtis Jackson, and possibly D. Rasul. Plaintiff is unable to catch the public transportation due to social issues and stalkers who are permitted to stalk her wherever she goes which may cause a problem. Plaintiff continues to have her accounts tampered with from Curtis Jackson and the local government and police whenever she dates a man which is sexual harassment. Plaintiff is also being virtually raped by the local JSO and DOJ, and various additional government sources and companies including satellite companies including but not limited to COMCAST, CLEARCHANNEL, ATNT, etc. Plaintiff continually suffers near strokes and possible brain hemorrhages as a result of attacks of organized crime resulting in high blood pressure of Plaintiff at near stroke levels daily and various physical ailings. Plaintiff is a stalking victim from local neighbors who can be directly linked to a white supremist group or government stalking group locally in Duval County, Florida. Plaintiff confirms the State of Florida's involvement, the FBI, the States Attorneys office, the Department of Justice, the Jacksonville Ethics Office, Flytele, EEOC, the Mayors John Peyton's office, and JSO

1   and the Sherrif John Rutherford into her daily virtual assaults and verbal harassment as well as federal crimes
2   committed against Plaintiff including electronic detention I.S. and harassment and assaults, Nuclear attacks, and
3   various violent stalking crimes aimed at disabling the Plaintiff. Plaintiff also confirms the connection between the
4   targeting and tampering of her home computers, phones, internet, and various personal business accounts from
5   these Defendants including the tampering of accounts Plaintiff has with COMCAST, and past accounts, etc.
6   Plaintiff advises the U.S. Government is attempting to abuse her sexually by keeping her unable to have freedom to
7   support herself through the Internet and through the utilization of her own sources by monitoring and interfering
8   with means of her livelihood in an attempt to force Plaintiff into a place of submission which includes illegal acts
9   committed against the Plaintiff by DCF and DCSB, JSO, Department of Education, COMCAST, and
10  discriminatory and unfair rulings and agendas from local Judges who are intentionally tampering with witnesses
11  and cases of Plaintiff and placing Plaintiff in positions of being in the public view for more harassment which is
12  intentional and predatory. The Department of Justice for Duval County is responsible for extreme discrimination
13  and prejudice including sexual harassment of Plaintiff in all cases and rulings and judgements such as in Plaintiff's
14  visitation rulings for the DCF illegal case, and the Divorce case which was illegally regenerated after being
15  annulled for Plaintiff based on ignorance, prejudice, and criminal behaviors instituted and allowed by the local
16  DOJ upon victims of government authorized stalking and corporate organized crimes. The DOJ, Judge Davis,
17  Judge Hugh Carruthers, George W. Bush appointed Judge Linda McCallum, who ruled in Plaintiff's divorce case,
18  have ruled against Plaintiff in all cases and have continually attempted to force Plaintiff into getting help from the
19  State for mental evaluation since Plaintiff first complained about harassment from a previous job, Flytele, the
20  Jacksonville Events office, the Mayor, and the Police for harassment which has escalated into federal crimes
21  committed by these Defendants against the Plaintiff. The State of Florida and the DOJ have targeted Plaintiff daily
22  while within her own home and not breaking any laws because Plaintiff is a business owner and has attempted to
23  operate a media company, Showstoppa Magazine. Plaintiff has been gassed while in her home and is presently
24  being electronically harassed which can be proven and has been proven as taking place in the United States at the
25  hands of a corrupt and murderous genocidal government in this case extreme genocidal government under current
26  rulings of racists in Florida. Plaintiff made several complaints to the State of Florida's whistle blowers office about
27  religious discrimination and has not received notification of claims. Plaintiff's Internet connection through
28  COMCAST was interrupted by the police or State authorities and COMCAST or a lynching hate group to
29  intimidate Plaintiff and victim from making complaints against their sexual harassment of her on her websites
30  such as showstoppamagazine.webs.com.

31      Plaintiff is a victim of whistleblower retaliation at a murderous level which includes accelerated
32  poisoning thought the use of government weapons and continual bodily assaults and personal defamation
33  attacks which has damaged Plaintiff's ability to earn income. Plaintiff is being blackmailed by local officials
34  who threaten Plaintiff using DCF contacts to target Plaintiff and her children and threaten to remove
35  dependents from their locations when Plaintiff complains of sexual misconduct and harassment and virtual
36  monitoring and government abuses and unwilling participation to sexual acts. Plaintiff is being told to
37  close her business or else. Plaintiff is also daily threatened with jail if she files claims and reports local
38  abuses and corruption. Plaintiff filed a discrimination complaint with the EEOC office in Miami, Florida in
39  November of 2006 followed with a conversation with a representative from the EEOC Miami office in 2007
40  and was advised the EEOC was sending a typed copy of the official complaint for Plaintiff to sign, instead
41  Plaintiff was arrested, assaulted, and nearly killed in a freak car accident and has become a daily target of
42  the citizens and government of Jacksonville, Florida and surrounding States and areas. Plaintiff never
43  received the official document and has been advised the EEOC office had no documentation of the claim.
44  Plaintiff is asking for all records of phone contacts for the EEOC and any further evidence needed to
45  support her claim. Plaintiff is a victim of virtual surveillance from the local police and government
46  contractors who send people to her home and in her area upon her awakening every day who may warn her
47  with the blowing of their car horns, or who may continue to play their police sirens or ice cream truck sirens
48  for a lengthy period of time. This indicates Plaintiff is being watched and raped daily. Most recent incident
49  occurred April 23, 2011 at 433 p.m. Plaintiff confirms these harassers are probably hired by the police or
50  government and have killed before and prey on attractive women as Plaintiff has met several victims of this

horror who are female. Plaintiff is a daily victim of facial targeting and can verify said Defendants are intentionally targeting her face to cause damage to her appearance. This is a diabolical hate crime and is occurring to many minorities in the Duval County Area as well as electronic and nuclear attacks which indicates genocide. Plaintiff is seeking imprisonment for persons causing these attacks which are more than likely linked to her competitors as they have been proven to have some knowledge of Plaintiff's case. Plaintiff is a very attractive persons and is known commonly as such. This is a case of vanity aimed at disabling the Plaintiff's ability to earn money using modeling. The present confidential case arises from a criminal conspiracy from perjury or a false claim believed to have been submitted to the government or police from a police, competitor, citizen, government contractor or employee including but not limited to DOJ or past employer, possibly resulting in a government sponsored investigation of Plaintiff while she may have worked at CitiCards and during her present, private, personal times as a mother, business person, student, customer while conducting business with various companies, and while acting or interviewing with companies as a potential employee, from businesses and senior government and police officials attempting to conceal their past and present criminal misconduct and to deprive Plaintiff of her civil rights and civil remedy for crimes committed against her, her children, and family members by the police and government even while working quietly in her own home. Many associates and family members of Plaintiff are targeted at their place of employment and in their environments. Assaults including incessant and daily crimes of corporate lynching via slanderous postings and statements on various websites and local stations, virtual targeting, entrapment, intent to harm, incarcerate, or kill, attempted manslaughter, perjury, sexual harassment, defamation, stalking, home targeting, burglaries, use of electronic and nuclear weaponry, and violent vehicular assaults. Plaintiff receives daily targeting incessantly from blowing of horns indicating a warning of death as recent as April 9, 1130 p.m., 2011. Plaintiff believes these harassers have something they want to cover up and are attempting to kill her or falsely incarcerate. Plaintiff also believes these harassers are pedophiles, rapists, and murderers and the government acknowledges this and are taking part in the killings and rapes. Plaintiff is aware of the local States Attorneys Office, Police, and DOJ attempt to label her insane or a criminal since Plaintiff first filed a complaint at the local ethics office and Mayor's office. Since then Plaintiff has been a continual target of government workers driving government vehicles even while Plaintiff is home alone. Plaintiff has been spit on by these workers, called a beaver, and a serial killer. Plaintiff also confirms this net of government corrupt officials and contractors are a part of a local and national gay cult. Plaintiff's civil and human rights have also been continually violated and Plaintiff is a continual victim of stalking which is against Florida Stalking Statutes in addition to additional Federal Statutes. Plaintiff's privacy has been continually violated from various local government entities including but not limited to DCSB, DCF, JSO, etc. Plaintiff is asking for an investigation into all hate crimes and investigations involving Plaintiff or family and associates or past employers and the police and local government. Plaintiff is also asking for punitive damages for various charges and end to harassment from the police and government including citizens and competitors. Plaintiff lives in fear of her life from being killed by the police or government officials. Government employees including police, regardless of the complaints Plaintiff has made, continue to stalk near her property and show up sporadically only when Plaintiff is alone. Preceding starting her company Showstoppa Magazine Plaintiff had no problems with the police nor government or citizens. Plaintiff also believes these acts are racially motivated and retaliation for Plaintiff filing complaints at the local Ethics Office and Mayors Office in 2007 and 2008. Plaintiff visited City Hall on more than several occasions and no complaints Plaintiff has attempted to file are available for review. All complaints filed online or in person to JSO, Internal Affairs, FCC, and the States Attorneys Office have been rejected. Hate crimes and stalking continue as well as slander and defamation and stalking committed on behalf of the local police. Plaintiff is also a victim of the incessant use of electronic and nuclear weaponry on her person. Plaintiff believes these injuries may also be related to her cousin's case Ethel McClendon. Plaintiff stays to herself and only calls the police when she is being stalked from police and government contractors. Police and Internal Affairs have avoided proceeding with investigating complaints. Complaints to Tallahassee have been rejected. Plaintiff has no rights according to the government of the United States. Plaintiff has also filed complaints with DCSB and various schools about terrorist acts of students. Then Plaintiff began to be stalked even more by police and often hears names of her friends, and family, or the names of her children, or her children's minor friends, mentioned over the phone while talking to strangers handling business which indicates perjury may have been committed by police to

allow entrapment and defamation of character since Plaintiff had no problems with the law and is an innocent victim. Plaintiff is seeking criminal charges for police and government employees and associates responsible for tarnishing her reputation and for committing perjury of such a horrible crime. Plaintiff communicates with people of all ages because she is a business owner of which people often send her information. Plaintiff believes this is to intimidate her from closing a potentially very successful company and to cause damage to her reputation. This is a horrific case of extreme racial targeting. Plaintiff also believes Flytele is responsible or a previous employer for an ongoing fraudulent investigation involving the police and the military. Plaintiff also believes some local police and officials are involved in a type of sex crime ring supported with tax payers dollars which involves various technologies and unwilling victims such as Plaintiff. Plaintiff believes Ethel McClendon may have been targeted from the State because she assisted Plaintiff at the City Rescue Mission for a video taping in 2005. McClendon was arrested for a crime she couldn't have committed because she was working. Walter Cato Jones can verify Plaintiff has been a victim of the State as well as he. Walter Jones is now in jail as well as another cousin. Plaintiff confirms Mayor John Peyton is responsible for heading these crimes and neglecting his duties as well as the local Sherriff's office and the local government officials and employees. Plaintiff advises this retaliation and interference from various companies is caused from a main source or trouble from a former elected official or present official. Plaintiff continues to receive false billings such as in her recent billing from the U.S. Department of education for a loan which should have been combined with the rest of her student loans. Plaintiff remembers talking to this agency in 2006 or 2007 about this loan and they advised her they'd made a mistake and would correct it. Plaintiff believes her government contractor and stalker is leaving no stone unturned to humiliate, kill, incarcerate, or injure Plaintiff due to his personal reasons of inferiority in an attempt to prove himself superior to Plaintiff.

## I. PRELIMINARY STATEMENT

1. A.    Plaintiff is a U.S. law-abiding citizen and private Entrepreneur residing quietly in Jacksonville, Florida working to repair the damage to her life that she believes that the Jacksonville, Duval County Events Office, State of Florida, Flytele, WJCT, Mayor John Peyton, Governor Rick Scott, Former Governor Charlie Crist, JSO, government employees and entities, local businesses, citizens, and competitors in Jacksonville, Florida, and individual Attorneys and Judges licensed in Florida, have not only acknowledged, but have taken part in assisting competitors of Plaintiff and the State of Florida and media with harassing Plaintiff and committed defamation and perjury in effort to assist with obstruction of justice since Plaintiff's first acknowledgment of harassment from the State and city of Jacksonville, Florida stemming from past issues between Plaintiff and the Jacksonville Events Office after Plaintiff and an employee were harassed and forced to leave a Jacksonville Jazz Festival Event in November of 2007 of which Plaintiff had received approved media passes. Plaintiff believes these acts are stemming from the racist traditions celebrated and nurtured by local caucasians, supremists, and the State of Florida and retaliation against Plaintiff. **Plaintiff believes Defendants have had monetary and personal motives to obstruct justice on part of relief for the Plaintiff as well as interfere with her daily personal duties and family duties and parental obligations thus have committed perjury, entrapment, and assaults on and against her person. All attempts for assistance from the City of Jacksonville including the Mayor's Office, Ethics Office, States Attorneys office, Whistleblower complaints filed with Tallahassee, Internal Affairs, online on COJ.NET and online to JSO and complaints recently emailed to the Human Rights Commission have been ignored and government sponsored retaliation has taken it's place within the environment Plaintiff resides, and while Plaintiff performs daily responsibilities. Plaintiff is stalked, harassed, threatened, and insulted daily from city employees, judges, attorneys, media, former employers, various local government entities, police, and citizens, and even when Plaintiff is working online.** Jurisdiction is proper in this court pursuant to 28 U.S.C. Section 1331, 1337 because this matter involves allegations of illegal behavior arising under the laws of the United States, including violations of Racketeer Influence and Corruption Organization ("RICO"). Furthermore, the jurisdiction is proper pursuant to RICO, 18 U.S.C. Sections 1964 (a), © and 28 U.S.C. Section 1651 (a). The Defendants are "persons" within the meaning of 18 U.S.C. Sections 1961 (3). As to Plaintiff Randolph, the jurisdiction is proper in this court pursuant to 28 U.S.C. Section 1332 because the matter and controversy exceeds the sum or value of $75,000 and involves part of diverse citizenship or status under the Constitution. Plaintiff is a "person" within the meaning of 18 U.S.C. Section 1961 (3). This court may exercise

jurisdiction over Plaintiff's non-federal claim pursuant to 28 U.S.C. Section 1367, as this court possesses both federal subject matter and/or diversity jurisdiction.

**1.B. VENUE:**

Venue is proper in this court pursuant to 18 U.S.C. Section 1965 (a) because defendants reside, and are found, to have previously operated under color of authority or may presently operate under color of authority or office, have an agent, or connected with or related to the aforesaid, or transact affairs in this district. Venue is also proper in this court pursuant 18 U.S.C. Section 1965 (b) because, to the extent any Defendant may reside outside this district, the ends of justice require such Defendant(s) to be brought before the court. Venue properly lies in this court pursuant to 28 U.S.C. Section 1391 (b) (2) or, alternatively, pursuant to 28 U.S.C. Section 1391 (a) (2). Further, certain of the conspiratorial acts alleged herein took place and continue to take place within this judicial district. Any and all of the Does 1-10 who are employed with, contracted with and connected to Defendant USA, DEA or the judicial system can be compelled through order and/or subpoena power of this federal court to be subjected to discovery or otherwise appear before the court under federal law, executive order, or the Code of Federal Regulations or other process.

**1.c.**    **The present confidential case arises from violation of Plaintiff's civil and human rights, and a criminal conspiracy from government officials, business competitors, past employers, senior government and police officials to conceal their past and present criminal misconduct and to deprive Plaintiff of her civil rights and civil remedy for crimes committed against her, her children, and family members by the police and government. Assaults including incessant and daily crimes of corporate lynching, perjury, sexual harassment, defamation, stalking, home targeting, burglaries, use of electronic and nuclear weaponry, faulty arrests, violent vehicular assaults, and diabolical hate crimes for being a black female heterosexual business owner.** Plaintiff has received incessant violations of her privacy from all Defendants on a daily basis since 2007 until present day for being a business owner and for being straight. She has been verbally abused by the police and have received abuse from them verbally using words such as beaver, die, change, etc. Plaintiff has also been subjected to some sort of gay agenda and research program on behalf of local media and local government involving brainwashing and intimidating of local citizens with their sexual harassment and using government entities and the court system to force their sexual views on persons who have not the time to deal with such issues and have made their opinion plain, such as the Plaintiff who does not believe or advocate homosexual acts and believes her civil rights, human rights, and rights to free speech are being hindered and she is under the oppression of the local police, government, and media. There is massive evidence that the Plaintiff, Kelda Randolph, has been and is a continual, incessant  target of corrupt past and present police and government officials and that **this is a scam motivated by monetary gain and political and racist agendas and is also an attempt to take over her company Showstoppa Magazine in a hostile manner or to force Plaintiff to close.  Plaintiff had made multiple complaints as early as in 2008 to the Jacksonville Ethics Office and Mayor's Office as well as States** Attorney's office informing them about her problems with the community stalking and police harassment including government employees stalking of Plaintiff, however, the case was closed and Plaintiff's problems worsened. Plaintiff has also become a target of government employees with personal agendas aimed at threatening and targeting Plaintiff because of her disbelief in homosexuality as she is a heterosexual. The State of Florida in assistance with the  Department of Justice and local officials in addition to the States Attorney's office of which Plaintiff first filed complaints about her incidents of being a stalking victim of police, local citizens, and church members, are continually falsifying information against Plaintiff using the unfactual testimonies of estranged family members and friends who are motivated to complain against Plaintiff because of jealousy against the Plaintiff or maliciousness or to clear their own names as in the case of Dena Rasul who has been implicated in the stalking of Plaintiff. Plaintiff contacted Rasul in an attempt to consult with her about some information she'd received from Rasul. Plaintiff's home computer is being tampered with and monitored from local police and government contractors. Plaintiff believes one particular contractor, who is motivated by selfish motives as well as the local Mayor and Sheriff, are spying on Plaintiff and stalking her virtually such as contractor C. Jackson. Plaintiff has simply been attempting to live her life and build her business and is facing daily virtual and

technological assaults from government contractors which may include neighbors. Plaintiff is also being subjected and forced to partake in some kind of sexual virtual service of which United States government officials are using taxpayers to fund. Plaintiff is not a prostitute and continually advises through documentation and public complaints including 911 calls that she is being virtually assaulted however, the government continues to sexually harass Plaintiff. Plaintiff confirms the States involvement with her ordered targeting which includes vandalism, perjury, false investigations, frames, sexual harassment, attempted murder, etc. of which can be verified. The State of Florida continues to use daily opportunities to intimidate Plaintiff using home visits from the local police and monitoring from the State. Plaintiff has a substantial case against the State who are corrupted officials and murders. Plaintiff had a bright future ahead of her until the racists of Jacksonville which include the local police and officials began framing her and targeting her to show their disapproval of her company Showstoppa Magazine and for Plaintiff knowing about the Ethel McClendons case. The State of Florida has conspired against Plaintiff in a bold and obvious way of which can be proved through their false testimonies and through using jealous ex friends and relatives. Plaintiff is suing for damages and a public record of these assaults and frames. Plaintiff is a victim of continual racketeering and privacy violations which include stalking from major media and broadcasting companies of which some are listed as Defendants. Plaintiff's friends and family members and business contacts may also be victims of these companies. Plaintiff believes Defendants are targeting her relatives so they may continue to infiltrate and stalk Plaintiff and to make it appear as if they are promising careers with their companies. Plaintiff refused to work with some of the Defendants due to their criminal behaviors and connections to her stalking. Plaintiff is seeking relief from these companies and persons and contact with her relatives and associates. Plaintiff is being blocked using her relatives by companies such as BET and Warner Brothers, CBS, etc. Plaintiff has attempted to get relief through complaints to no avail. Plaintiff is also a victim because of her knowledge of the sexual behaviors of competitors which is not her fault.

  1.d. This valid claim is being filed under the belief and operation of the U.S. Dejour Flag of real government of justice and peace on behalf of *Victim and Plaintiff Kelda K. Randolph, who has been and is presently, a constant Targeted Individual of Systematic Torture and Corruption. This official documented Affidavit notates, reveals, and focuses on the experiences of this innocent victim as it relates to the use of Directed Energy Weapons and Microwave Auditory Effects of Microwave Targeting and Tasering and Enslavement, Victimization Involving acts of government operation of Illegal Sex and Slave Trades and Human Trafficking, Extensive Sexual Harassment, and personal benefits with Satellite and Electronic and nuclear cooperation and Surveillance at the expense of the unwilling victims and families which constitutes continual rape and sexual coercion and violation of right to privacy and to be left alone , Corporate Blacklisting, Citizen Blacklisting including residential and church congregations, Individual and Organized Stalking, Anchor Stalking, Corporate Lynching, Satellite Surveillance, Basic Cointelpro 2010 Manifestations, and Ordered and Involuntary Human experimentation, Conspiracy to commit murder and perjury, on and against the Plaintiff for being a whistle blower and victim of this horror.* This complaint is written and based on actual truth, facts, evidence, and events. The NSA has records on all U.S. citizens. The NSA gathers information on U.S. citizens who might be of interest to any of the over 50,000 NSA agents (HUMINT) some of whom Plaintiff believes may be local police or FBI agents. These agents are authorized by executive order to spy on anyone. The NSA has a permanent National Security Anti-Terrorist surveillance network in place. This surveillance network is completely disguised and hidden from the public.Tracking individuals in the U.S. is easily and cost-effectively implemented with the NSA's electronic surveillance network. This network (DOMINT) covers the entire U.S., involves tens of thousands of NSA personnel, and tracks millions of persons simultaneously. Cost effective implementation of operations is assured by NSA computer technology designed to minimize operations costs.


  1.d.a.    **Signals Intelligence Remote Computer Tampering**

The NSA keeps track of all PCs and other computers sold in the U.S. This is an integral part of the Domestic Intelligence network. The NSA's EMF equipment can tune in RF emissions from personal computer circuit boards (while filtering out emissions from monitors and power supplies). The RF emission from PC circuit boards contains digital information in the PC. Coded RF waves from the NSA's equipment can resonate PC circuits and change data in the PC's. Thus the NSA can gain wireless modem-style entry into any computer in the country for

surveillance or anti-terrorist electronic and nuclear warfare. Radio and Television signals can be substituted at the receiving end with special EMF equipment. Replacing signals in Radios and Televisions is another outgrowth of the NSA's Signals Intelligence (SIGINT) mission.

### 1.d.b.   NSA Signals Intelligence Use of EMF Brain Stimulation

NSA Signals Intelligence uses EMF Brain Stimulation for Remote Neural Monitoring (RNM) and Electronic Brain Link (EBL). EMF Brain Stimulation has been in development since the MKUltra program of the early 1950's, which included neurological research into "radiation" (non-ionizing EMF) and bioelectric research and development. The resulting secret technology is categorized at the National Security Archives as "Radiation Intelligence," defined as "information from unintentionally emanated electromagnetic waves in the environment, not including radioactivity or nuclear detonation." Signals Intelligence implemented and kept this technology secret in the same manner as other electronic and nuclear warfare programs of the U.S. government. There is massive ignorance and secrecy regarding these government weapons and technologies and victims such as Plaintiff and associates are being subjected to uncontrolled and unacknowledged torture and mental and physical destruction. This has remained completely unreported and undiscussed publicly. Despite, since 2009, continually appealing for help to most civil rights organizations, Governments, Military/Security Agencies, International Organizations, Human Rights Organizations, Religious Organizations, Universities, Scientific and other Institutions, and the International Media all over the world I have received virtually no help nor relief just further entrapment and horrific abuse from police and the community. It is our responsibility to record and alert the world to these horrendous crimes - and the extreme danger that these technologies, powers and tendencies pose to human rights, liberty, democracy, privacy and the mental and physical freedom, individuality, and integrity.

**1.e.   Plaintiff on information and belief and on those grounds, alleges the United States of America, through its Defendants, departments, divisions, agencies and employees, failed to exercise reasonable care and was reckless and negligent in its selection, hiring, training and continued employment of the aforesaid officers, employees, and agents as special agents, Police officers, informants, generals, contractors, and others of said departments, agencies and divisions. The United States of America reckless and negligent selection, hiring, training and continued employment of said special agents, Police officers and employees, led to a life threatening situation, abuse of legal process, and gross violation of Plaintiff Randolph's federal and state constitutional rights.** The police, and states, actions, thoughts, imaginations constantly intercept Plaintiff's daily agendas and speech as they monitor Plaintiff's continuously and relentlessly extremely tortured and deformed brain/mind and body, and private degraded life experiences have been directly transmitted and broadcasted including comments and is being made a victim of media competitors and music artists, actors, and those who have nothing better to do with their life. Even Plaintiff's comments, thoughts, idiocies and messing around – to alleviate the oppression, aggravation, and boredom of her issues and confinement and torture in this Mengeles/Cameron/Delgado torture and deforming concentration camp – have been exhibited and presented to many unaware people as if they are the products of my normal brain/mind/life and causes family and relationship instability and devastating health problems. Also the media has been flooded with dehumanising and ridiculous "psychological operations," parodies and caricatures of Plaintiff's family and life – as at the same time they are parasiting, torturing and organically destroying them, they are constructing a fiction about "them" and ceaselessly, idiotically, making what they pretend to be valid psychological and social observations about Plaintiff and her family and friends everyday from 2007 to present day.   Plaintiff has been constantly subjected to Organized Mobbing at the places she works or gathers when in private and in public, and in and around her home. The perpetrators purposely set out to aggravate, impede and invade my physical and psychological spaces, there is occasional physical and verbal aggression. The perpetrators are of various ethnicities and ages depending on Plaintiff's location and performance. Thus my human rights, liberties and private times have been raped and violated and all aspects and degrees of my human freedom, individuality and mental and physical integrity and health profoundly assaulted, tortured incessantly as the police and government employees and officers are obsessed and cruel and ill persons seeking benefits from their surveillance of which Plaintiff abhors and has complained

about multiple times.  Plaintiff further alleges that she is a constant victim of city drive-bys using city white vans and trash trucks and Plaintiff is a continual victim of virtual surveillance and bioelectromagnetic harassment causing cancer and presently painful cysts to appear under the skin which also causes baldness and other ill factors, in addition to unwanted involuntary testing and human experiments, and that the local government has used wiretapping and electronic and nuclear methods and torture including excessive monitoring and drive bys and false claims of terrorism committed via the Plaintiff in effort to disable Plaintiff Randolph, her witnesses, and attorneys for the purpose of limiting, controlling and stopping this lawsuit so they may continue future harassment and torture of the Plaintiff and her associates.  These methods allow a form of slow kill to be applied to the victim or victims as well as makes the victim privy to unexpected visits, drive bys from city employees  from government contractors, police, etc. and makes the victim privy to being falsely charged, injured, or killed as the defendants.  Plaintiff and witnesses advise children, adults, and criminals,  have been used involving individual churches, KKK, and racists, DCF and the DCSB, police and various government employees to target Plaintiff while Plaintiff performs her daily personal duties of which will also have a separate case to be filed. It is believed that racketeering has been used in the Department of Justice and courts and there was also an incident involving DCF and JSO which could have resulted in a homicide when K. Randolph may have attempted to protect her son from being taken away with a DCF worker without any witnesses except her around. Of which they could have harmed the child and there would have been no witnesses.  The child was in the custody of DCF without witnesses for a few hours the evening of the false removal claim was issued. Peyton, and Defendants often use government workers that work under their direction of their appointees including the Department of Justice at all levels. This outrageous conduct of the United States.

1.e.a.    The following crimes are being committed and have been committed against the laws and statutes of the First Amendment, Amendment 9, Amendment 14 and Florida Law Stalking Statutes S.784.048,S.775.082,S.775.083,S.775.084. and are considered Advanced Level Hate Crimes designed to cause premature death and illness in the Plaintiff and intentional and prolonged investigations and financial disclosures and hardship aimed at paralyzing, isolating, and injuring the Plaintiff, her associates, family, and the witnesses to these crimes and atrocities which occur daily and incessantly. These crimes have and  cause defamation, psychological distress, illness, physical damages, continual financial burden, emotional and social damages. The Plaintiff asks for investigation into these crimes and Cointelpro program and its immediate instant dismantling for further investigation which appears to be a result of perjury and corporate lynching underlined and authorised with racist, demonic, monetary, and sexual causes and motives and is linked to local governorship and the Plaintiff's moral, social, and religious orientation which does not advocate homosexuality as the victim is a heterosexual and all of these horrific acts was to teach her a lesson of some sort.  Plaintiff, and Individual Kelda K. Randolph's civil, personal, and human rights were continually violated and are presently being violated according to and against the following statutes; U.S. Title 18 Section 241 & 242; 18 USC Section 371: Conspiracy to Defraud the United States at the expense of the Plaintiff and victim; 18 USC 19:27:67 Rico Racketeering Influence Corruption Organization; 18 USC 11:17; 18 USC 15:12;18 USC 1964 RICO ; 31 USC 37:29;18 USC 35; 18 USC 1503; 18 USC 2383; 18 USC 1509; 18 USC 1962; 18 USC 1622; 18 USC 1512; 42 USC and1983,1985,1986,1987 and US TITLE 10 CODE 3:33.

1.f.    Plaintiff advises that she and an employee attended the Jacksonville Jazz Festival in November of 2007 after Plaintiff had been approved and given two media passes for the event. Plaintiff advises when she went to pick up the passes a day or so before the Festival that there were two police officers abruptly walked in front of her and entered the building while she entered the city hall building. Plaintiff was given passes by Christina in the events office and attended the event only to be forced to leave in front of potential employees, friends, and potential business clients for no reason.  Plaintiff complained to Christina that evening whom advised her there was nothing she could do because she'd left the site.  Plaintiff was offered an invitation to interview Johnathan Butler the next day but due to the stress of the occurrences of the night before she suffered from a serious migraine attack and advised Christina she was unable to attend but thanked her.  Due to the impact of the shock of the incident Plaintiff and her employee agreed Plaintiff should file a complaint.  Plaintiff and employee had attended the event and were acting in a professional

manner and had received compliments on their way in the event from security officers. **Plaintiff and her employee had worked in the media field before in radio and television and were qualified to receive media passes.** *As in the well known and document case of Claimant Schlund, as a citizen of the Defendant USA and a domiciled/resident of the State of Arizona, an individual has a legal duty to counter fraud and any other illegal activities affecting his personal, financial interest, welfare, safety or security as a citizen of the Defendant USA and the State of Arizona through whistle blowing activity, use of the federal and/or state judicial system(s), direct communication to any branch of the federal government or otherwise petition for redress as provided for under Article(s) 4, Section 2 and 3 and as thereafter amended Article I, IV, V, IX, X or XIV of the United States Constitution. As proof that incidents mentioned in this case have occurred and are occurring consider the case of Charles Schlund. Claimant Schlund alleged that pursuant to the four subdivisions of the United States Constitution, federal and/or state law of Arizona, including treaties entered into by the United States there is a duty imposed on said Defendant and the judicial system to counter fraud and any other illegal activities disclosed by Claimant Schlund affecting his personal rights, privileges and amenities as a citizen of the United States and in the capacity of a whistle blower and a political witness and shall not be subject to electronic invasion of his privacy or electronic and nuclear torture through any medium of any nature and kind whatsoever. Further, it is the legal duty imposed upon said Defendant to protect Claimant Schlund against harm personally and to his financial interest related to Defendants' use of the various financial institutions and infrastructure within the government, including but not limited to, the federal and/or state judicial system.*

   1.g.   **Plaintiff Randolph has the duty and authority to regulate the safety, security and privacy of the telecommunications and utilities airway to prevent the invasion of privacy of said Defendant and those acting in concert with them as a prevention of hate crimes and terroist attacks against Plaintiff and those associated with her. Plaintiff has the duty and authority to regulate and take action to protect against breaches of United States of America and the State of Arizona customs, territory or border for the purposes of violations of the law; the duty and authority to regulate Presidential elections in such a manner to prevent fixing of Presidential elections and other corrupt activity affecting national security of the citizens, of the Defendant USA;** to promote throughout the Defendant USA a harmonious, balanced, sustainable development of economic activities and economy and to protect and promote the economic well being of its citizens, including Plaintiff; The United States of America has the general duty and the authority to act and end any harm to itself or to the general public relating to any activities of the Defendant which violate inalienable and fundamental Constitutional Rights, federal law or law of the State of Florida designed to protect its citizens, including Plaintiff Randolph as she has not broken any laws and has been under surveillance since starting her company and prior. Plaintiff alleges that her life was threatened and that she was and is being tortured by the government threatening to murder Plaintiff in retaliation for working on and preparing this lawsuit. Plaintiff Randolph's children and spouse and family members have been tortured and threatened with death if Claimant continued to proceed with this lawsuit or if she continues to operate a business. These threats were done remotely and electronically so they could and would be denied by the government and the corrupt judges that protect the President of the United States, and former President George W. Bush and the corrupt agents that work under his direction of his appointees. This outrageous conduct of the United States Government continues even today. George W. Bush uses the words freedom and liberty in almost every sentence he speaks and then uses torture and repression secretly to destroy the lives of witnesses against him and the evil and corrupt people he appoints. *These acts are evil and outrageous conduct of the United States as similarly previous factually determined by Federal Judge Lace. Further, Claimant Schlund alleges Justice Martone and Justice Broomfield were utilized by the Bush Family for the purpose of covering up their crimes of government and other corruption and of the aforesaid Bush family and also relating to the fixing of presidential and other elections.*

   1.h.   **Plaintiff filed a complaint with the city online and was contacted or emailed and was going to schedule a meeting however, Plaintiff decided that she would just wait and evaluate the situation a little longer concerned about the damage it had done to her company Showstoppa Magazine. Plaintiff met with an attorney located on Beach Boulevard who advised her about the local competition of the Folio and that success was for the best revenge and there was nothing he could do. Plaintiff believes all claims filed with**

government institutions were ignored because she is black and so she could be easily entrapped, incarcerated, or killed without a paper trail or evidence. Plaintiff has documented most if not all complaints and have forwarded them to attorneys and civil rights organizations in the past even when first experiencing stalking from police and citizens, and city workers. Plaintiff believes police and government workers and media are causing division and inflicting fear on persons associated with Plaintiff resulting in continual injunctions, etc. Plaintiff request for injunctions are always denied but injunctions made against Plaintiff are allowed as in the case of Rhonda Hill, Dena Rasul, and Reginald Randolph.

1.I.    Plaintiff delivered complaints in person to the Mayors office to his greeting secretaries as well as met with Heather Webb whom was courteous and on another occasion met with another elderly woman who was rude and would not take Plaintiff's complaint advising Plaintiff to watch her tone and called for a supervisor of which there was no reason to do so. The elderly security officer of whom the Plaintiff met before, was courteous and escorted Plaintiff from the Mayor's office of which he seemed concerned about the secretaries reason for calling him. Webb advised she would contact Plaintiff but never did, nor did Plaintiff ever receive a response to her hand delivered complaints to the Mayor's Office nor from Ethics Office and Plaintiff was also told on several occasions when attempting to make a complaint at the local ethics office that the lady to take the complaint was on pregnancy leave. Instead Plaintiff has become an incessant target of police and government lynching and has closed her business as she fights with DCSB and DCF as she believes, as a result of retaliation. Plaintiff continues to advise all of this was a witch hunt started by the city of Jacksonville and Mayor John Peyton since she first made complaints from being made to leave a Jacksonville Jazz Festival where Plaintiff was filming and had been given a media pass and attended court for the Ethel McClendon case a few years ago. Because of the family problems stemming from envy and strife alongside fear of helping Plaintiff and government victim, Plaintiff has had little support from family and the attorneys and judges assigned to all Plaintiff's cases have repeatedly not acted in Plaintiff's interest and are attempting to force her into closing her business or into financial straits.

2.    Plaintiff, Kelda K. Randolph, presently lives on the north side of Jacksonville, Florida quietly attempting to attend college and operate her businesses in preparation of their launching however, faces daily interruptions and harassment from screams and threats of strangers in front of her home, police, government workers, and citizen drive bys in front of her home of which they blow their horns as warnings of death, etc., violations of her personal beliefs and privacies including daily business operations, right to be left alone, delving into her personal dating affairs and conversations including sexual encounters, tampering of her post box, fraudulent threats against her freedom as a result of threats from neighbors with personal motivations stemming from envy, strife, hatred, bribes from competitors, police, and churches as she does not know these people. Plaintiff's property has been continually vandalized with damage to the water pipes in the front of the house, post box tampering and destruction, stolen air-conditioning parts, electronic and nuclear intrusions, and multiple burglaries to Plaintiff's personal items and vehicular items. See attached Exhibits. Burglaries were reported to the police and have incident numbers.

2. a. Most importantly is the violence committed against her daily and the threats against her life from the police. Plaintiff is an intelligent successful Entrepreneur and Mass Communications College Graduate of the University of North Florida and divorced mother of two and presently starting on launching her businesses officially. She's also worked for multiple media stations in Jacksonville, Florida including WJCT, Channel 17 as an Intern, etc. and has a great working history from all past employers and unions and a career totaling 17 years as a Customer Contact Agent from employers such as CitiCards, British Airways (Flytele), BCBS, Humana, and Prudential and has never been a problem to society.

3.    It is now apparent that there is an authorized sinister plan launched against Plaintiff of which

Page 11 of 48

local police and government employees have been notified and advised of which allows any type of distribution of the personal affairs and accounts of Kelda Randolph which is in violation of multiple laws of the Constitution including the Privacy act of 1974. Clearly the government has claimed a family to target, humiliate, and benefit from their illegal orders which may be motivated by sexual acts on the part of government officials and media persons, or personal beliefs as retaliation for Plaintiff not partaking in homosexual activities and speaking privately against homosexuality, and most recently publicly. This is a personal vendetta and personal lynching monitored and allowed by the local government and also indicates obsession and massive abuse of authority with the intent to cause life long character defamation hence allowing the police further encouragement to commit criminal acts against the Plaintiff and is believed to be motivated by intent to target minority business owners.

3a. **Plaintiff Randolph now alleges that various media stations including but not limited to local are or would use their TV stations, radio stations, newspapers and magazines to attack Plaintiff and her supporters and to slander and cause defamation of character with extreme mock charges** and a faulty arrest and to cause economic damage and black balling of her business Showstoppa magazine which is very popular even though it's presently promoted online only. Plaintiff believes the FCC and government are aware of these incidences and that they had files on all the TV stations, radio stations, newspapers, magazines and other organizations that they covertly owned, influenced or controlled by the United States Government and are cooperating under duress in this government sponsored targeting media programs which destroys lives and reputations and causes mental stress and breakdowns. Plaintiff filed claims with the FCC but they were rejected just as all previously filed claims within the State of Florida. Plaintiff is being called a reject and slandered because of her religious beliefs and disbelief in homosexuality and has been forced to believe in such sinful acts. However, Plaintiff is a heterosexual and does not comprehend the role of the United States Government to torture her and abuse the system using entities such as school systems and DCF to force her into homosexuality so they may continue sexual misconduct and assaults upon innocent victims including children.

4. *Instead of assistance or results to complaints, Plaintiff has experienced multiple near accidental deaths from what she believes were intentional one attack of which involved a near fatal witnessed car accident of which totaled Randolph's vehicle, then shortly after followed an invoked stroke as an effect of her health and body breaking down from stress resulting from incessant targeting, and then what appears to be an electronic and nuclear attack while Plaintiff lied asleep on her sofa in the early morning hours of September 2008 to add to the list of electronic and nuclear attacks she endures everyday of her life. Plaintiff believes the Florida Bar or it's Executive Officers have knowledge of her personal information as it relates to the State of Florida and authorized targeting of her.*

5. **All families have problems but Plaintiff believes the State of Florida, the Mayor, JSO, government employees, media, competitors, past employers, and especially the city of Jacksonville, have marketed, sold, and commercialized Plaintiffs misfortune and personal issues allowing all benefits to criminal defendants** . Plaintiff confirms her home address is constantly given to strangers by the police and government contractors and media persons so they may stalk her in front of her home or target her home virtually. Plaintiff's phone and internet lines are continually cut or her bills tampered with by government connections or police. Plaintiff constantly targeted from police and Defendants or in some cases Defendants acknowledged harassment and neglected their official duties to investigate. Assistant who notarized papers for the complaint Plaintiff made against Mayor John Peyton had his child taken from him by DCF a few months later. Police continue to defame Plaintiff when she calls 911 in distress and refuses to acknowledge they have information about the torturing of Plaintiff. Plaintiff called the FBI headquarters on June 4, 2011 and was continually hung up on and not allowed to make her complaint of corporate and racial lynching and electronic and nuclear harassment. Plaintiff is targeted by strangers and neighbors who seem to think this is all a joke. Plaintiff is a target due to envy and malice and a lack of direction from the community. COMCAST on this day as well, continually cut Plaintiff's lines and harassed

Plaintiff while on phone communicating harassment done for the past several years which indicates a single or more sources continual involvement with the stalking of Plaintiff. Because Plaintiff is not so called famous, the local police department and the State of Florida have sided against her and attempted to kill her with electronic and nuclear weaponry and massive stalking attacks and are surveiling her 24/7. The State have committed perjuries to cease the Plaintiff's investigations into the involvement of her near fatal home death from electronic and nuclear weapon attacks in September of 2008. They continue to make jokes and advise Plaintiff needs medical or mental help as in the case of a police officer who mentioned this when Plaintiff made a complaint about her cousin's case Ethel McClendon and stalking or when she's upset from the attacks from government contractors into her personal accounts. Plaintiff is asking for a full federal investigation into all communications from JSO, the FBI, Curtis Jackson, and Mayor John Peyton and all local government officers and employees including DCF and DCSB. This a severe case of racial targeting and murder attempts on a daily basis since Plaintiff initially made a complaint about being made to leave a Jacksonville Jazz Festival. Curtis Jackson, Warner Brothers, and major cable and tv networks have assisted with the corporate lynching and privacy violations of Plaintiff of which when Plaintiff makes these complaints to the local police, the police advise as this is a joke and she's the problem. Plaintiff confirms the States Attorneys office and the local Mayors office and JSO's involvement in her near death through directed and organized stalking ordered by the United States Government on a local level and possibly nationally and is organized crime at it's most extreme. Plaintiff is now getting reviewed for disability as a result of the racial and gender hate crimes and defamation harassment and perjuries and physical abuse committed against her by the local Sherriffs department because she would not partake in a sexual service. Plaintiff believes her relative may be involved in a sexual ring to be called into court if needed.

   6.  Based on the **RACKETEER INFLUENCE CORRUPT ORGANIZATIONS ACT, The Plaintiff K. Randolph alleges that British Airways a.k.a. Flytele located in Jacksonville, Florida is cooperating with the United States Government to abuse the civil rights and human rights including but not limited to unfair investigations and prosecutions based on falsely submitted claims from British Airways resulting in the near death of the Plaintiff and her present state of Inhuman and Degrading Treatment and victimization from the United States Government involving forced false orders with intent to torture whistle blowers of corporate harassment linked to government corruption and minority business owners such as the Plaintiff and force physical duties under the color of authorised government virtual surveillance which is just a mask for rape and forced prostitution and enslavement.  The United States government has used excessive force against the Plaintiff daily in effort to end this Plaintiffs life to serve as an example to other minorities.**

   **7.I. RACKETEER INFLUENCE CORRUPT ORGANIZATIONS ACT**

   **A. JURISDICTION:**

   **1. This action is brought pursuant to the Federal Torts Claim Act, 2 (a) U.S.C. Sections 2671 through 2680; 28 U.S.C. Section 1346 (b); 18 U.S.C. Section 1964; 42 U.S.C. Sections 1983 and 1988, Protection of Human Rights Act, the Convention Against Torture and Cruel, Inhumane or Degrading Treatment or Punishment of June 26, 1987 and as amended thereafter; the Hague Convention; 42 U.S.C. Section 1981; 42 U.S.C. Section 1982, 1983, 1985, and 1986 of 42 U.S.C. Section 1988 [Proceedings in Vindication of Civil Rights], of said Title IX of Public Law 92-318 [2 U.S.C. (a) Section 1681 et. seq.], the Religious Freedom Restoration Act of 1993 [42 U.S.C. Section 2000 (b) (b), et. seq.], The Privacy Act of 1974;The Florida Stalking Statutes; and Title VI of the Civil Rights Act of 1964 [42 U.S.C. Section 2000 (d) et. seq.], including Section 13981 of said Title, the court in its discretion may allow the prevailing party, other than the United States, a reasonable attorney's fee as part of the cost. Also, under the court's jurisdiction as part of the cost award in its discretion, in awarding fees under 42 U.S.C. Section 1988 (b) and © in any action or proceeding to enforce a provision of Section 1981 or 1981 (a) of said Title, the court, in its discretion, may include expert fees in addition to the attorney's fees after it orders an expert(s) as provided for under Federal Rules of Civil Procedure set forth infra.**

**7A2.**     Jurisdiction is proper in this court pursuant to 28 U.S.C. Section 1331, 1337 because this matter involves allegations of illegal behavior arising under the laws of the United States, including violations of Racketeer Influence and Corruption Organization ("RICO"). Furthermore, the jurisdiction is proper pursuant to RICO, 18 U.S.C. Sections 1964 (a), © and 28 U.S.C. Section 1651 (a). **The Defendants are "persons" within the meaning of 18 U.S.C. Sections 1961 (3). As to Plaintiff Randolph, the jurisdiction is proper in this court pursuant to 28 U.S.C. Section 1332 because the matter and controversy exceeds the sum or value of $75,000 and involves part of diverse citizenship or status under the Constitution. Plaintiff Randolph is a "person" within the meaning of 18 U.S.C. Section 1961 (3). This court may exercise jurisdiction over Plaintiff's non-federal claim pursuant to 28 U.S.C. Section 1367, as this court possesses both federal subject matter and/or diversity jurisdiction.**

**7.B.1. VENUE:**

Venue is proper in this court pursuant to 18 U.S.C. Section 1965 (a) because defendants reside, are found, operate under color of authority or office, have an agent, or connected with or related to the aforesaid, or transact affairs in this district. Venue is also proper in this court pursuant 18 U.S.C. Section 1965 (b) because, to the extent any Defendant may reside outside this district, the ends of justice require such Defendant(s) to be brought before the court. Venue properly lies in this court pursuant to 28 U.S.C. Section 1391 (b) (2) or, alternatively, pursuant to 28 U.S.C. Section 1391 (a) (2). **Further, certain of the conspiratorial acts alleged herein took place and continue to take place within this judicial district. Any and all of the Does 1-10 who are employed with, contracted with and connected to Defendants, various government persons and entities, the DEA,DOJ, Flytele or the judicial system and various media sources, channels, and corporations can be compelled through order and/or subpoena power of this federal court to be subjected to discovery or otherwise appear before the court under federal law, executive order, or the Code of Federal Regulations or other process.**

**7.b.2. Plaintiff Kelda K. Randolph, as a citizen of the Defendant USA and a domiciled/resident of the State of Florida, has a legal duty to counter her individual, personal, and business civil rights violations, fraud and any other illegal activities affecting her personal, financial interest, welfare, safety or security as a citizen of the Defendant USA and the State of Florida through whistle blowing activity, use of the federal and/or state judicial system(s), direct communication to any branch of the federal and/or state government or otherwise petition for redress as provided for under Article(s) 4, Section 2 and 3 and as thereafter amended Article I, IV, V, IX, X or XIV of the United States Constitution. Kelda Randolph has been a victim and is a present victim of violations of the following Florida Stalking Statutes including S.784.048,S.775.082,S.775.083,S.775.084.**

According to Florida Stalking Statute 784.048 (3) any person who willfully maliciously and repeatedly follows or harasses another person and makes credible threats with intent to place that person in reasonable fear of death or bodily injury commits the offense of aggravated stalking; a felony of the third degree punishable as provided in S.775.082, S.775.083,S.775.084.

**8. Plaintiff alleges that pursuant to the four subdivisions of the United States Constitution, federal and/or state law of Florida, including treaties entered into by the United States there is a duty imposed on said Defendant and the judicial system to counter fraud and any other illegal activities disclosed by Plaintiff Randolph affecting her personal rights, privileges and amenities as a citizen of the United States and in the capacity of a whistle blower and a political witness and shall not be subject to electronic and nuclear invasion of her privacy or electronic and nuclear torture through any medium of any nature and kind whatsoever and neither shall her offspring, or family and relatives and friends be subject to these forms of abuse mentioned above. The Defendants herein may have also played a part in the stalking and harassment of the Plaintiff as it may or may not pertain to corporate lynching; violation of her human rights and personal rights, virtual rape, sexual harassment, invasion of privacy, intellectual property violations, continual verbal threats, vandalism to property, false claims, criminal entrapment, forcing of self-defense,**

**multiple sexual assaults, etc.**

9.   Further, it is the legal duty imposed upon said Defendant to protect Plaintiff Randolph against harm personally and to protect her financial interests related to Defendants' use of the various financial institutions and infrastructure within the government, including but not limited to, the federal and/or state judicial system of which many, if not all bank accounts and private business accounts and legal cases of K. Randolph have been tampered with.  Defendants possess additional duties and authority that have been conferred upon her by it by the U.S. Constitution said federal and state law for the protection of possible political witnesses such as Plaintiff Randolph, by virtue of said federal/state law. Plaintiff has been a constant target of the local and national media since launching a website online on Youtube which supported Barack Obama for presidency previous to his election and since then Plaintiff and her family and associates have been tortured using government torture programs at an advanced and bold level which includes daily targeting of Plaintiff from the local police JSO and States Attorneys office and includes false charges to intimidate Plaintiff from filing lawsuits against the State of Florida for criminal and negligent acts committed against the Plaintiff which includes perjury and abuse from government officers and entities including but not limited to JSO, JFR, JEA, JTA, Mayor John Peyton, Sherriff John Rutherford, various broadcasting stations who slander and libel Plaintiff daily to ruin her business and reputation or to push Plaintiff to a point of retaliation or these acts are committed on part of receipt of bribes. Plaintiff continually is targeted from the moment she wakes up until the moment she goes to sleep from the city of Jacksonville and believe she is being raped daily via various surveillance technologies and is asking for admittance of these acts in court and that all government employees be subpoenaed. Plaintiff advises the local government are using her success as a business owner to hold her hostage to gain public support using her name or association, while in secret abusing her using SWS trucks to daily target her in front of her home. Plaintiff advises these persons are obsessed with Plaintiff and envious of her to the point of wanting to kill her and are intentionally trying to make her ill by showing up to her home and intimidating her. Plaintiff is subpoenaing all SWS workers for this case. As Plaintiff typed this case on the morning of April 28, 2011 SWS showed up and parked in front of her home at 11:18 a.m. Plaintiff advises the support she is receiving or may be receding through publications of broadcasts are committed by the exact entities which are causing her demise and violating her rights as a free human being and rights to privacy and violating and acting against intellectual privacy violation laws. Plaintiff advises the entire community is a failing community because it has failing leaders who are harboring and lynching onto persons with bright futures just for names sake however, are targeting and humiliating Plaintiff due to envy and monetary motivations.  Plaintiff confirms that Curtis Jackson a.k.a. 50 Cent, the City of Jacksonville, DCF, DCSB, various churches, Dept. Of Education, Department of H&R, Rutherford, JSO, Peyton, and ClearChannel as well as Warner Brothers are the main sources of the terrorist acts committed against Plaintiff even while children were present. Plaintiff advises DCF illegally or hurriedly without cause, removed the children endangering Plaintiffs life and her children just to continue to target Plaintiff without being held accountable for any mental injuries caused to the children of which Plaintiff confirms is the fault of the City of Jacksonville, JSO, and hired civilians, and contractors, whom were hired to attack Plaintiff physically. Plaintiff has proof that Jackson has been communicating with persons on behalf of her and advises he is the main reason in addition to the false claims possibly administered by the local government and Flytele including British Airways. Plaintiff is also subjected daily to monitoring and sexual harassment and assault from JSO and the States Attorneys office which includes slander, blocking of relationships with male friends and business persons, and includes perjury and the use of teenagers to communicate with Plaintiff to further harm Plaintiff's reputation in effort to cover up the criminal sexual acts committed by the government officials, contractors, and police which include acts of pedophilia on local citizens and family members of Plaintiff and Plaintiff as well as coercion into sexual acts using local broadcasts on multiple stations which can be proved. Plaintiff is seeking retrieval of all shredded documents from all local media companies and government entities.

10.   In addition to liability imposed on the United States of America due to its respective breach of both common law and statutory duties, and violation of Plaintiff Randolph's federal and

Constitutional rights to protect her, the United States of America and George W. Bush and President Obama are also liable to Plaintiff by virtue of respondent superior due to the wrongful and torturous acts said Defendant George W. Bush President Obama and the respective agents, police officers and informants, individually.

11.   Defendants and United States of America were reckless and negligent and failed to exercise reasonable care in both its common law and statutory duty to protect Plaintiff Randolph's constitutional rights under federal laws and her family.

12.   From Plaintiff's discovery of her issues with the Defendants and continuing thereafter to present, the United States of America, and their respective agents, police officers, employees and informants had a duty under the Fourth and Fourteenth Amendment to the Constitution of the United States to properly provide adequate protections so as not to violate Plaintiff Randolph's due process rights. Each and all of the aforesaid Defendants did not provide such adequate protection and violated Plaintiff Randolph's First, Second, Fourth, Fifth, Seventh, Ninth and Fourteenth Amendment rights under the Constitution.

13.   Plaintiff claims she has a right to be free from implants used for torture and/or surveillance, violating her body privacy and other privacy rights within expected orbits and zones of privacy. The government's forcible placing bugging device into Plaintiff Randolph's body violates rights to privacy under the First, Fourth, Fifth, Ninth and Fourteenth Amendments to the United States Constitution and the holding of Roe v. Wade, 410 U.S. 113 (1973). To eliminate this decision achieves the result of eliminating the inalienable [right] of a person's [right] to personal privacy and all other connected privacies as well. Such is being accomplished by electronic intrusions at present.

14.   Starting in 2007 and continuing until the present, Plaintiff Randolph has called and wrote the police, Internal Affairs, Ethics offices, State Attorneys Office, Individual attorneys, Jacksonville Legal Aid, civil rights organizations, victims of crime agencies, federal agencies, the Justice Department and the Congress United States about the retaliation and torture she has experienced and the Obstruction of Justice and Witness Tampering. In all cases Plaintiff contacted legal organizations there would be more community or legal retaliation against Plaintiff Randolph to frame her for some crime to authorize them to continue to refuse to do their jobs and protect Plaintiff Randolph and her witnesses. These acts of evil have continued since 2007 acted upon the Plaintiff on a daily basis to the present time and still continue today and possibly before. As in Claimant's Schlund case he mentions being under a similar surveillance method as Plaintiff Randolph now believes she has been a constant victim of since filing complaints.

14a..   *Claimant Schlund briefed the Federal Bureau of Investigation ("FBI") that the bugging devices in the White House were integrated into the telephone lines and were invisible to the human naked eye. The telephone wires looked like they were just copper telephone wires. Integrated into this wire were molecular bugging devices and computers that would monitor and collect what was said and then code and compress this information into the monitoring clicks on the telephone line and in these clicks transmit everything to the CIA in their underground complex. No one without the required super computers and the required codes would be able to detect or decode any information from these bugging devices or what they transmitted down the telephone lines. Wires had to be used for the bugging to stop government scans from being able to pick up radio transmissions. This insured that the CIA would be undetected in their monitoring of the president and the rest of the government.   Claimant Schlund alleges that in the CIA and other files he had were the files on thousands of innocent people that had been or were being kept under constant investigation so they could be directed, controlled, manipulated, discredited or assassinated if it became necessary to protect the cover-up of government corruption. These created and fabricated investigations were authorized by the surveillance*

*court and other courts and conducted under the cover of authority and warrant. Some of the warrants were issued on the claims they were protecting these people from terrorist or kidnappers and other warrants were issued after framing them as being involved in drugs or for other alleged criminal activity. In truth, none of these people were guilty of anything other then being good honest Americans with political beliefs different then the secret government that secretly runs parts of the government.*

*Further, Claimant Schlund alleges that in these CIA and other files George W. Bush would never need to be taught how to physically kill people. All that was required in the political positions he would be appointed or elected to was to give the orders for the killings or assassinations. George W. Bush demonstrated his training well, in this regard, by his signing of the many execution orders in Texas as governor.*

*Claimant Schlund asserts that he knew that if he told the FBI what he really knew that they would think he was crazy and Claimant knew that they were bugged just like other law enforcement was. Claimant also alleges he knew that he had to give the FBI all the information in a way that they could not be accused of interfering in the presidential elections of the United States. Claimant Schlund knew from reading the CIA and other files.*

*Claimant Schlund claims he has a right to be free from implants used for torture and/or surveillance, violating his body privacy and other privacy rights within expected orbits and zones of privacy. The government's forcible placing bugging device into Claimant Schlund's body violates rights to privacy under the First, Fourth, Fifth, Ninth and Fourteenth Amendments to the United States Constitution and the holding of Roe v. Wade, 410 U.S. 113 (1973).*

*Claimant Schlund alleges that anytime he writes or says anything about how George W. Bush fixed the presidential elections of the United States he is tortured and his children are threatened or harassed with the government continuing to threaten his ex-wife with the death of her children and grandchildren if she says anything. Claimant Schlund briefed the FBI eight years in advance before the presidential elections were held with the names of every presidential candidate and the correct details of how the elections would be fixed. Claimant Schlund briefed the FBI on how the Electoral Collage would be used and which would be elected.*

**14.b.   From before or around November 2003 and continuing thereafter to present, Defendants may have used improper, excessive and illegal surveillance activities, fabrication of evidence, abuse of process and implanted torturing devices upon Plaintiffs brain and body, which has caused Plaintiff to sustain life threatening physiological and psychological injuries, pain and suffering. They have failed to remove the torture devices from Plaintiff's body and environment** or to provide adequate medical care to claimant by negligently failing to monitor Plaintiff's psychological and physical condition which has resulted in extreme mental and physical distress. The United States of America, and each and all of the Defendants individually, are directly liable for the deprivation and violations of Plaintiff's civil rights on grounds the United States of America has, and continue to violate such rights, with deliberate indifference and with a conscious disregard for Plaintiff's Constitutional, personal rights and safety of the public guaranteed under the federal rules and regulations pertaining to the lawful use of surveillance, force, medical needs and provisions of care to Plaintiff, who has been psychologically and physically injured from such unlawful conduct, thereby creating within the government an atmosphere of lawlessness in which the President, agents, police officers, informants and employees employ excessive and illegal activities, violence which results in the denial and violation of Plaintiff's and other persons rights within its jurisdiction, protection of their federal and state constitutional rights or/and basic medical care for serious injuries or illnesses caused by the torture in the belief that such wrongful acts will be condoned and justified by the United States of America, President Barack Obama, Former Presidents Bill Clinton, George H. Bush, and  George W. Bush and the governmental officers, officials and the superior officers of each of the agents, police officers, media persons, close neighbors, and informants.

14.c.   As a further direct and proximate result of violation of Plaintiff's rights to privacy, violation of Plaintiff's rights to due process, Plaintiff has and will continue to suffer significant grief, sorrow, shock,

1  depression, pain and suffering, of psychological and emotional, humiliation and other general damages for
2  which she is entitled to a fair and just compensation in an amount of $9 billion or according to proof at trial.

3      14.d.  The actions of the Defendants deprived Plaintiff of the following rights under the Constitution of
4  the United States of America, including the First, Second, Fourth, Fifth, Seventh, Ninth and Fourteenth
5  amendments: (a) freedom from the use of unreasonable and excessive force; (b) freedom from the deprivation
6  of life and liberty without due process; © freedom to be secure in her person; (d) freedom from the unnecessary
7  and wanton infliction of pain and suffering; (e) freedom from the deliberate indifference to her serious medical
8  and psychological needs due to torture; (f) equal protection under the law; and (g) freedom of her personal
9  papers, effects and things from governmental intrusion and (h) freedom to have rights to privacy.

10     14.e.  Claimant Schlund starting in 1991 briefed the FBI on how the DEA had people murdered in front
11 of Claimants wife to threaten her and to force her to work for the DEA against Claimant Schlund. These
12 murders were being done under the orders and protection and direction of the DEA, police, Justice Department
13 and the courts. These murders could then be blamed on Claimant Schlund and if Claimants wife refused to aid
14 the DEA in their crimes her children would be murdered. The police refused to take or allow murder reports
15 and refused to allow any of the witnesses to testify to them or before any juries. The police and the DEA then
16 injected all the known witnesses with electronic implants and then proceeded to monitor, torture and control
17 them with these implants to threaten them anytime the witnesses said anything that those involved in these
18 government murders did not like. This obstruction of Justice and Witness Tampering continues until this day
19 with the Justice Department continuing to threaten the lives of the witnesses. Claimant Randolph is a victim of
20 these exact crimes and has witnessed the subtle threats via various communications and stalking methods
21 used against herself, her children, family, friends, and associates.

22     14.f.  Starting in 1977 and continuing until the present, Claimant Schlund has called and wrote the police,
23 federal agencies, Justice Department and the President of the United States about the Obstruction of Justice
24 and Witness Tampering. Each time Claimant Schlund called or wrote the police, federal agencies or the
25 Justice Department corrupt agents under the protection of corrupt judges would authorize more warrants
26 against Claimant Schlund to frame him for some crime to authorize them to continue to refuse to do their jobs
27 and protect Claimant Schlund and his witnesses. These acts of evil have continued since 1977 on a daily basis
28 to the present time and still continue today. After first trying to expose these crimes in 1977 Claimant Schlund
29 was then set-up, arrested and prosecuted as being a purported drug manufacture. During this trial the DEA
30 and Sheriffs office went to Claimant Schlund's first witness and threatened to murder his wife and children
31 while he was on the witness stand if he dared say anything other then to take the 5th amendment while on the
32 witness stand. These threats against Claimant Schlund's witnesses continue to this day with the Justice
33 Department and police now committing their crimes remotely using electronic implants. These evil crimes are
34 being committed under the cover and color of law in the name of justice and are being done remotely and
35 electronically after performing secret medical procedures on Claimant Schlund and all of his witnesses. After
36 Claimant Schlund's acquittal on all charges the threats and harassment by the government continued until the
37 present with the Justice Department and other continuing to threaten Claimant Schlund and his witnesses with
38 death if they dared to continue to speak the truth and continue to refuse to sell drugs or refuse to commit other
39 crimes needed by the Justice Department to continue their investigations. This verifies constant corruption of
40 the United States government and proves these methods of tortures exist and have been and are being used
41 daily against Claimant, Kelda K. Randolph as she is a victim of remote electronic implants which are causing
42 her accelerated illness and additional effects for no other reason than she is a minority publisher, business
43 owner, and witness to political, police, and government corruption and since filing complaints against various
44 employers and government persons and entities has become, as well as her family members, a victim of the
45 police and government as well as a virtual rape victim. Claimant is also threatened with false charges and jail
46 as well as to be baker acted if she continues to fight for her civil rights. Futher proof to validate Claimant
47 Randolph's claim is that Claimant Schlund in 1992 briefed the FBI on George Bush Sr. and the CIA's plans
48 to do terrorist attacks against the United States. These attacks would only be done to authorize the needed new
49 laws and budgets required in the systematic overthrow of the United States by the CIA. Claimant Schlund

briefed the FBI and other federal agencies about how the CIA had planned on doing a terrorist attack against America if they were unable to get Star Wars approved and funded. The terrorist attack would then authorize Star Wars to be built in preparation for other future wars. Claimant Schlund also briefed the FBI that a missile defense system to protect all American cities would cost trillions of dollars to build and was not practical. During these briefings Claimant Schlund briefed the FBI that a third world country would not use missiles to attack the United States they would use airliners or ships and if missiles were used they would be launched from ships. Claimant Schlund wishes to make it perfectly clear that he did not brief the FBI on the specific plans for the attacks against the World Trade Centers. The CIA files on plans for terrorist attacks Claimant Schlund read in 1977 were just memos and arguments of how such covert operations would be done if they became necessary for the Bush and Rockefeller families to authorize their seizure of power and the passing of new laws. If the World Trade Center attacks were part of this conspiracy then Claimant Schlund has no knowledge of it.

14.g.   Claimant Schlund alleges that George Bush Sr. and George W. Bush used the Justice Department for their private investigations of political witnesses and dissidents to cover up murder and treason by the Bush family and that this continues even today on a large scale. Claimant Schlund read the CIA, DEA, Justice Department and other files on the use of the Justice Department and its agencies to conduct investigations for the purpose of destroying the lives of political witnesses and discrediting them. Claimant Schlund is such a political witness. Claimant Schlund further alleges he read the CIA files on funneling 100's of billions of dollars out of the government into the hands of private corporations. While working with the FBI Claimant Schlund supplied the FBI with such information. One of these money funneling operations was the building of the Super Collider. Claimant Schlund briefed the FBI of this covert operation. The FBI then briefed the President William Clinton who stopped funding and killed the building of the Super Collider. in George Bush Sr.'s CIA files were many such plunders of the treasury of the United States. Claimant Randolph has proof that George Bush has also acted against her through infiltration of her personal life and court cases to further humiliate, torture, surveil, and sexually harass her. Further investigation of the United States military weapons and surveillance devices will prove Claimaints being tortured with electronic and nuclear weaponry and is being virtually raped by the United States Government and additional defendants at the authorization of ill, murderous, and corrupt elected officials to further cover up government and police corruption as well as corporate.

15.   As a further direct and proximate result of targeting received from Defendants, and each of their aforesaid activities, Plaintiff has experienced pain and suffering and will continue to suffer, physiologically, psychologically and emotionally, sustaining other general and compensatory damages for which she is entitled to fair and just compensation in the amount, on information and belief and on those grounds, the sum of not less than $9 billion or according to proof due to the near death inflicting assaults on her life and those connected to her and the loss of quality of life and ability to earn an income because of slander and false defamation which has caused her to become a continual target of the local community and companies, as well as has subjected her to cancer causing radiation, nose bleeds, swollen eyes, face, and body from use of government sponsored electronic and nuclear weaponry used on her person. Please see the attached exhibits as it relates to the Plaintiff's, K. Randolph's conditions and exact experiences. Plaintiff believes if she would have had equal opportunities to receive proper and fair legal representation assigned by the state or through her own research, the legal and horrific issues she faces stemming from competitors, the local government, government employees, Mayor Peyton, JSO, Sherriff Rutherford, the Military, civilians motivated by greed, and previous employers would not be as extreme or would have been resolved properly through court. Due to the negligent of Defendants Plaintiff continues to be at risk of premature death and inflicted illnesses caused from a barbaric, racist, predatory government and police motivated via retaliation for Plaintiff filing complaints within various government offices or attempting to resolve pending stalking and harassment issues of which is her legal and human right to do so.

16.  As a further direct and proximate cause of the acts and conduct of Defendants, while engaging in their collective conspiracy to violate Plaintiff Randolph's constitutional rights as aforesaid, Plaintiff has been forced to incur attorney, paralegal, investigation, expert, loss of ability to financially support self, and other related fees and costs to pursue her claims against the Defendants, in an amount which is continuous and ongoing and is not yet ascertained.

17.  From all times and continuing thereafter to present, the Defendants , and its respective agents, Police officers, and informants had no reasonable suspicion or probably cause of criminal activity to warrant the surveillance, fabrication of evidence, or the gross violation of Plaintiff's Constitutional Rights. The United States of America, and each of its respective agents and Police officers, fabricated probably cause to effect the obtainment of a warrant used to intrude upon Plaintiff's premises and violate Plaintiff Constitutional Rights. Said President George W. Bush, officers, agents and employees placed Plaintiff under illegal surveillance, and violated Plaintiff's Constitutional Rights.

18.  From all times and continuing thereafter to present, the Defendants, United States of America, and their respective agents, Police officers, employees and informants had a duty under the Fourth and Fourteenth Amendment to the Constitution of the United States to properly provide adequate protections so as not to violate Plaintiff's due process rights. Each and all of the aforesaid Defendants did not provide such adequate protection and violated Plaintiff Randolph's First, Second, Fourth, Fifth, Seventh, Ninth and Fourteenth Amendment rights under the Constitution.

19.  The United States of America, and each and all of the Defendants individually, are directly liable for the deprivation and violations of Plaintiff's civil rights on grounds the United States of America has, and continue to violate such rights, with deliberate indifference and with a conscious disregard for Plaintiff's Constitutional, personal rights and safety of the public guaranteed under the federal rules and regulations pertaining to the lawful use of surveillance, force, medical needs and provisions of care to Plaintiff, who has been psychologically and physically injured from such unlawful conduct, thereby creating within the government an atmosphere of lawlessness in which the Florida Bar and States Attorneys Office of Florida, President, agents, Police officers, informants and employees employ excessive and illegal activities, violence which results in the denial and violation of Plaintiff's and other persons rights within its jurisdiction, protection of their federal and state constitutional rights or/and basic medical care for serious injuries or illnesses caused by the torture in the belief that such wrongful acts will be condoned and justified by the United States of America, George W. Bush, President Obama and the governmental officers, officials and the superior officers of each of the agents, Police officers and informants. Plaintiff Randolph claims also that the government intentionally conspired to use past artists and business owners who may have personal vendettas against her as general contractors who may be involved with some of the assaults on Randolph and those connected to her.

20.  As a further direct and proximate result of violation of Plaintiff's rights to privacy, violation of Plaintiff's rights to due process, Plaintiff has and will continue to suffer significant grief, sorrow, shock, depression, pain and suffering, both psychological and emotional, humiliation and other general damages for the torture and continual retaliation from government entities and personnel of which she is entitled to a fair and just compensation in an amount of $9 billion dollars or according to proof at trial. The United States of America was reckless and negligent and failed to exercise reasonable care in both its common law and statutory duty to protect Claimant Schlund's constitutional rights under federal laws.

21.  The actions of the Defendants deprived Plaintiff of the following rights under the Constitution of the United States of America, including the First, Second, Fourth, Fifth, Seventh, Ninth and Fourteenth amendments: (a) freedom from the use of unreasonable and excessive force; (b) freedom

from the deprivation of life and liberty without due process; © freedom to be secure in her person; (d) freedom from the unnecessary and wanton infliction of pain and suffering; (e) freedom from the deliberate indifference to his serious medical and psychological needs due to torture; (f) equal protection under the law; and (g) freedom of his personal papers, effects and things from governmental intrusion and (h) freedom to have rights to privacy.

22.   As a result of the aforesaid actions of the United States of America and its respective agents, officers and informants being a citizen of the United States of America and a resident of the State of Florida, Plaintiff was and continues to be deprived of her rights and inalienable rights, privileges, and immunities secured by the Constitution of the United States of America; Plaintiff's personal liberty has been violated, she has and continues to suffer physical, mental and emotional harm, anxiety, duress, fear and humiliation, torture and general pain and suffering in, on and upon Plaintiff's body in an amount according to proof at time of trial. Plaintiff Randolph leaves here to amend same when ascertained. As a direct and proximate cause of Plaintiff's loss of trust in the federal government, loss of earning capacity, and continuous mental and physical torture sustained by her. Plaintiff has been deprived of and has lost the expectancy of the ability to support her family at a standard of living desired by her; to lead a happy and satisfying family life and marriage; and his privacy, due process, peace, and right of association provided by Plaintiff's family and his friends. She has been further deprived of and lost the benefit of his family's and friends' love, affection, companionship, comfort, sex at her discretion, guidance, economic stability, security, and trust in the government; and further, Plaintiff has incurred medical and other personal and business expenses, on information and belief and on those grounds, in the approximate amount of $9 billion dollars continuously thereafter to present.

23.   Plaintiff is entitled to all costs of suit, including reasonable attorney fees, secretarial fees, investigation and other fees pursuant to 42 U.S.C. §1988, however not limited thereto, under the federal Private Attorney General Act in an amount according to proof;

24.   To the extent available under federal law, Plaintiff is entitled to recover punitive damages in an amount sufficient to punish the individual(s) and Defendants in order to deter similar despicable conduct in the future in an amount according to proof under Federal law and/or applying state law pursuant to Thompson.Bettor-Bit Aluminum Prod. Co. 171 Ariz. 550 (1992) and Lithicum v. Nationwide Life Ins., 150 Ariz. 326 (1986). Plaintiff leaves here to amend this paragraph according to proof.


WHEREFORE, Plaintiff prays for judgment against Defendants and each of them, individually, jointly and severally declaratory, injunctive and equitable relief as follows:


1. An order requiring defendants to disable any automated operation of medical and electronic devices implanted in Plaintiff or directed at Plaintiff, including elimination or removal of any automated or default configuration data or equipment that causes continual indefinite device operation;
2. An injunction enjoining all defendants, and all persons acting in concert with them, from interacting with Plaintiff and remaining or residual devices implanted in Plaintiff's environment or person without informed consent from Plaintiff made in writing, and witnessed by a disinterested third party and the ceasing of all communications, stalking and targeting of Plaintiff;
3. An injunction enjoining all defendants, and all persons acting in concert with them, from entering into any contract and/or agreement with any entity or individual, which provides for interacting with remaining or residual devices implanted in Plaintiff without informed consent from Plaintiff made in writing, and witnessed by a disinterested third party;
4. A declaration that the research and biomedical experimentation upon Plaintiff prior to her acknowledgment of government sponsored stalking was without consent and in violation of domestic and

international law as well as Executive Order and award damages as ascertained as proper;

5. A declaration that any interaction with remaining or residual devices implanted in the Plaintiff or her environment without informed consent from Plaintiff, violates Plaintiff's rights and is an unlawful act;

6. A declaration that defendants must provide Plaintiff's with a remedy or meaningful opportunity to challenge any "enemy" or other such status or designation levied upon Plaintiff's by government as constructed under the Constitution and Supreme Court rulings;

7. An injunction and /or order prohibiting defendants, and all persons acting in concert with them, from directing any surveillance or intelligence activities at Plaintiff at all times;

8. Award Plaintiff for all compensatory damages for pain and suffering, etc. in the amount of $9 billion dollars or according to proof;

9. Award Plaintiff all costs of suit, including attorney fees, investigators and other related fees and costs pursuant to 42 U.S.C. §1988 or/and the Private Attorney General Act or according to proof;

10. Award Plaintiff for all special damages in the amount of $9 billion dollars according to proof;

11 Award Plaintiff for all treble damages based on compensatory damages per RICO statute according to proof;

12. Award Plaintiff for all costs incurred in this action according to proof;

13. The court is hereby demanded to make specific findings of fact and conclusion of law, pursuant to Federal Code of Civil Procedures, Rule 52, on each and all issues of specific and ultimate facts raised in this Complaint; [This demand shall constitute a continuing demand and shall not be deemed waived unless specifically done so by Plaintiff in writing in a separately filed pleading with the court entitled "Notice of Waiver of Finding of Fact and Conclusion" notarized.];

14. For all pre-judgment interest in an amount according to proof; and

15. For all such other further relief as the Court judges as just, fair and proper under the circumstances.

DATE: September _16_, 2011

By: _Kelda K. Randolph_

Kelda K. Randolph,        7531 Pickett Street

Plaintiff pro se          Jacksonville, Fl. 32208
                          (904) 210-1213

COPIES of this Notice of Government Claim
mailed by Certified Mail this _____ day
of September  2011 to:

By: _____

CITY OF JACKSONVILLE
EVENTS OFFICE
117 W Duval

Page 22 of 48

1      6303690

2      **Carla Miller, Ethics Officer**
3      **Ethics Office**
4      117 W. Duval St., Room 450
5      Jacksonville, FL 32202

6      **Dominoes Pizza**
7      11565 N. Main St. Ocean Way
8      Jacksonville, Fl.

9      **AIG INSURANCE**
10     8130 W. Baymeadows
11     9044487200

12     **FOLIO WEEKLY**
13     9456 Phillips Hwy
14     32256
15     9042924218

16     **ENTERTAINING U** Newspaper
17     3101 University Blvd S # 201
18     Jacksonville, FL 32216
19     9047303003

20     **BUZZ NEWSPAPER**
21     100 Festival Park Avenue
22     Jacksonville, Fl.32202
23     9042323001

24     **FIRST BAPTIST of Jacksonville**
25     124 W. Ashley St.32202
26     9043566077

27     **UNF**
28     **12000 Alumni Dr**
29     **Jacksonville, FL 32224**
30     **(904) 620-4200**
31
32     **UHAUL**
33     1651 Edgewood Ave. 32208
34     9047642516

35     **TAXI**

1    Yellow Cab Co

2    Jacksonville, FL 32099

3       (904) 260-1111

4    **FEDERAL COMMUNICATIONS**
5    **COMMISSION FCC**
6    445 12th St. SW
7    Washington, D.C. 20554
8    8882255322

9    **WJCT**
10   100 Festival Park Avenue
11   Jacksonville, Fl. 32202
12   9043537770

13   **CLEAR CHANNEL Communications**
14   8386 Baymeadows Rd. Jacksonville, Fl. 32256
15   9046360507

16   **CLEAR CHANNEL Television**
17   11700 Central Pkwy Jacksonville, Fl. 32224
18   9049960400

19   **AT&T BROADBAND**
20   4668 Town Crossing Drive
21   32246
22   9046469117
23   18887576500

24   **96.9 WJGL**
25   8000 Belfort Rd. 32256
26   9042458500

27   **Mitchell Realty/Lake Forest Apts.**
28    Linda Drive
29   Jacksonville, Fl. 32208

30   **JTA**
31   100 N. Myrtle Ave.
32   32204
33   9046303181

34   **JEA**
35   21 W. Church St.
36   Jacksonville, Fl.
37   9046656000

38   **SWS**

Page 24 of 48

| | |
|---|---|
| 1 | 8619 Western Way |
| 2 | 32256 |
| 3 | 9047311232 |
| 4 | **DCF** |
| 5 | 921 N. Davis St. Ste 145A |
| 6 | 9047984900 9047984496 |
| 7 | **DCJ** |
| 8 | 501 East Bay Street |
| 9 | Jacksonville |
| 10 | (904) 630-0500 |
| 11 | **DCSB** |
| 12 | 1701 Prudential Dr. |
| 13 | Jacksonville, FL 32207 |
| 14 | **DOJ** |
| 15 | U.S. Department of Justice |
| 16 | 950 Pennsylvania Avenue, NW |
| 17 | Washington, DC 20530-0001 |
| 18 | **JACKSONVILLE HUMAN** |
| 19 | **RIGHTS COMMISSION** |
| 20 | 117 W Duval St # 350 |
| 21 | Jacksonville, FL 32202 |
| 22 | 6304911 |
| 23 | **Florida State Of** |
| 24 | 215 N Market St. |
| 25 | Jacksonville, FL 32202 |
| 26 | (904) 798-9222 |
| 27 | **JACKSONVILLE VICTIMS** |
| 28 | **SERVICES** |
| 29 | 403 W 10th St. |
| 30 | Jacksonville, FL 32206 |

Page 25 of 48

1    **JUDGE  Henry E. Davis**
2    Juvenile Division
3    Fourth Judicial Circuit Court
4    JV-C
5    Duval County Courthouse
6    330 East Bay Street
7    Jacksonville, Florida 32202.
8    Rm. 108
9    Rm. 107
10    9046302528

11    **Judge Linda F.  McCallum**
12    **Family Division**
13    FM-C
14    Fourth Judicial Circuit Court
15    Room 103
16    Duval County Courthouse
17    330 East Bay Street
18    Jacksonville, Florida 32202
19    Rm. 224
20    9046302111

21    **Judge Hugh A. Carithers**
22    **Civil Division**
23    CV-F
24    Fourth Judicial Circuit Court
25    Rm. 206
26    Room 103
27    Duval County Courthouse

Page 26 of 48

1

2

3

4

330 East Bay Street

Jacksonville, Florida 32202

9046302395

5 **SUPERVISOR OF ELECTIONS**
6 105 E. Monroe St 32202
7 9046301414

8 **JFR (JACKSONVILLE FIRE RESCUE)**
9 City of Jacksonville Fire and Rescue Department
10 515 N Julia St.
11 Jacksonville, FL 32202
12 (904) 630-2472

13 **Sheriff John Rutherford**
14 **Patricia Rutherford**
15 711 N. Liberty Street
16 Jacksonville, Florida 32202
17 (904) 358-3678
18

19 **JSO CrimeWatch**
20 711 N. Liberty St.
21 Jacksonville, Fl. 32202

22 **Officer Newsom**
23 JSO

24 **Officer Robinson**
25 JSO

26 **Officer Moore**
27 JSO

28 **Officer Ryder**

1   JSO

2

3   **Officer J.O. Gonzalez**

4   JSO

5   **Officer Goodbread**

6   **JSO**

7   **Officer E.B. Borntraeger**

8   JSO

9   **KU KLUX KLAN**

10   P.O.Box 862, Compton, AR.72624

11   (870)- 427-2819.

12   **Grand Lodge of Florida Masons**

13   220 North Ocean Street

14   Jacksonville, FL 32202 ·Phone: 800 375-2339 ·

15   Fax: 904 632-3865

16

17   **US Equal Employment Opportunity**

18   2 S. Biscayne Blvd.

19   Miami, FL 33131

20   3058081740

21   **Workmens Compensation**

22   **Unemployment**

23   1Unemployment Compensation

24   921 N Davis St # 2

25   Jacksonville, FL 32209

26   (904) 359-6470

27   **British Airways/Flytele**

28   FLYTELE

1
2

4887 Belfort Road

Jacksonville, Fl. 32256

3
4
5
6
7
8

HUMANA

201 E Main St # 600

Louisville, KY 40202 » Map

(502) 580-5005

Louisville, Kentucky

1 800 448 6262

9
10
11
12

PRUDENTIAL

3840 Belfort Road

Jacksonville, Fl. 32216

904 443 2511

13   Gottlieb
14   Martin Gottlieb & Associates
15   4131 Sunbeam Rd.
16   Jacksonville, FL 32257
17   (904) 346-3088

18   Medaphis
19   Medaphis Corp
20   6400 Atlantic Blvd, Jacksonville, FL 32211 » Map
21   (904) 665-9342

22   USPS - United States Post Office
23   2800 University Blvd N, Jacksonville, FL 32211 » Map
24   (800) 275-8777

25   SHANDS Hospital
26   655 W 8th St.
27   9042440411

28   MEMORIAL Hospital
29   3625 University Blvd. S. 32216
30   9043996111
31

Page 29 of  48

1    **St. Vincents**

2    1661 Riverside Ave, Jacksonville, FL 32204 » Map

3    (904) 202-4091

4    **St. Vincents Hospital**

5    William Dietrich, M.D.

6    1661 Riverside Ave.

7    Jacksonville, Fl. 32204

8    **ST. LUKES HOSPITAL**

9    4201 Belfort Road

10   Jacksonville, FL, 32216

11   **VISTAPRINT**

12   Vistaprint USA Incorporated

13   95 Hayden Avenue

14   Lexington, MA 02421

15   **WEB.COM**

16   12808 Gran Bay Pkwy, West

17   Jacksonville, FL 32258

18   Phone: (904) 680-6600

19   Fax: (904) 880-0350

20

21   **WACHOVIA**

22   225 Water St. 32202

23   9044893000

24   **VYSTAR**

25   11674 Beach Blvd

26   Jacksonville, Fl. 32246

27   9047776000

28   **BP**

1      London Head Office IR Group

2      Address:

3      BP p.l.c.

4      1 St James's Square

5      London, SW1Y 4PD

6      Switchboard: + 44 (0) 207496 4000

7      Fax: +44 (0) 20 7496 4570

8      Email: ir@bp.com

9      **North America IR Group**

10     Address:

11     BP America Inc.

12     501 Westlake Park Blvd

13     Room 25.157

14     Houston, TX 77079

15     Switchboard: +1 281-366-2000

16     Shareholder services phone: +1 877-638-5672

17     Email: BPInvestorRelationsN@bp.com

18     **Anheuser-Busch Inc. Budweiser**

19     One Busch Place

20     St. Louis, MO 63118

21     18003425283

22     **CITICARDS**

23     14000 Citicards Way

24     Jacksonville, FL. 32258

25     **KATHY KNERR**

26     FLYTELE

27     4887 Belfort Road

28     Jacksonville, Fl. 32256

29     **GRETTA GILLIS**

30     FLYTELE

31     4887 Belfort Road

32     Jacksonville, Fl. 32256

1   **SUZANNE NIELSEN**
2   FLYTELE
3   4887 Belfort Road
4   Jacksonville, Fl. 32256

5   **LAKE FOREST ELEMENTARY**
6   Linda Drive
7   Jacksonville, Fl. 32208

8   **MR. PALMER**
9   **Lake Forest Elementary**
10      Linda Drive
11   Jacksonville, Fl. 32208

12   **Sally B. Mathis**
13      Winton Drive
14   Jacksonville, Fl 32208

15   **SouthSide Middle School**
16   2948 Knights Ln E.
17   Jacksonville, FL 32216
18   (904) 739-5238

19   **Arlington Middle School**
20   8141 Lone Star Rd.
21   Jacksonville, FL 32211

22   **Terry Parker**
23   7301 Parker School Rd.
24   Jacksonville, Fl.
25   9047236144

26   **Department of Military Affairs**

1   Headquarters Army & National Guard
2   82 Marine St. St. Augustine
3   9044484760

4   **Fraternal Order of Police**
5   5530 Beach Boulevard
6   Jacksonville, Florida 32207
7   (904) 398-7010

8   **Federal Bureau of Investigation**

9   7820 Arlington Expy Ste 200

10   Jacksonville, FL 32211

11   **Dept of Transportation**

12   2198 Edison Ave.

13   Jacksonville, FL 32204

14   (904) 360-5457

15   # Internal Revenue Service

16   Internal Revenue Service

17   P.O. Box 920

18   Bensalem, PA 19020

19   Tel: 267-941-1000 (not toll-free)

20   Fax: 267-941-1055

21   Jacksonville, FL 32099 (904) 665-1000

22

23   **Office of The Mayor John Peyton**
24   City Hall Building
25   117 W. Duval St. #400
26   Jacksonville, Fl. 32202-3700
27   9046301776

Page 33 of 48

1

fax 9046302391

2

**Property Safety and Maintenance Codes and Zoning**

3

407 North Laura St., 2nd Floor,

4

Suite 200. Jacksonville, FL 32202

5

**Jury Witness Department**
**Jury Service**

6

7

100 at the Duval County Courthouse

8

Annex, 220 East Bay Street

9

Jacksonville, Florida 32202

10

**Jacksonville Fire & Rescue**

11

515 N. Julia Street

12

Jacksonville, Florida 32208

13

**State of Florida for Duval County**

14

Office of States Attorney

15

220 E. Bay Street

16

Jacksonville, Florida 32202

17

**President Barack Obama**

18

Current President of the United States

19

White House

20

1600 Pennsylvania Avenue N.W.

21

Washington, D.C.      20500

22

**OFFICE OF INTERNAL AFFAIRS**

23

711 N. Liberty St.

24

Jacksonville, Fl.

25

**FBI**

1          7820 Arlington Expressway

2          32211

3          9047211211

4          **Former President George H. Bush**

5          White House

6          1600 Pennsylvania Avenue N.W.

7          Washington, D.C.    20500

8          **Former President George W. Bush**

9          White House

10         1600 Pennsylvania Avenue N.W.

11         Washington, D.C.    20500

12         **Former President Bill Clinton**

13         White House

14         1600 Pennsylvania Avenue N.W.

15         Washington, D.C.    20500

16         **United States Office of Human Rights**

17         White House

18         1600 Pennsylvania Avenue N.W.

19         Washington, D.C.    20500

20         **Attorney General of the United States**

21         John Ashcroft

22         950 Pennsylvania Avenue N.W.

23         Washington, D.C. 20530-0001

24

25         **Office of the Solicitor General**

26         United States of America

27         Department of Justice

28         950 Pennsylvania Avenue N.W.

29         Washington, D.C. 20530-0001

1   **U. S. Attorney's Office**
2   Department of Justice
3   555 Fourth Street, NW, 10th Floor
4   Washington, D.C. 20001

5   **Office of the Inspector General**
6   United States of America
7   Department of Justice/Eric Holder
8   950 Pennsylvania Avenue N.W.
9   Suite 4322
10  Washington, D.C. 20530-0001

11  **U.S. Department of Justice**
12  Federal Bureau of Investigation
13  J. Edgar Hoover Building
14  935 Pennsylvania Avenue
15  Washington, D.C. 20535-0001

16  **Governor Rick Scott**
17  Office of Governor Rick Scott
18  State of Florida The Capitol
19  400 S. Monroe St.
20  Tallahassee, FL 32399-0001.
21  (850) 488-7146

22

23  **Former Gov. Charlie Crist**
24  State of Florida The Capitol
25  400 S. Monroe St.
26  Tallahassee, FL 32399-0001.

Page 36 of 48

(850) 488-7146

**Former President Bill Clinton**
White House
1600 Pennsylvania Avenue N.W.
Washington, D.C.    20500

**Office of States Attorney**
220 E. Bay Street
Jacksonville, Florida 32202

**United States Office of Human Rights**
White House
1600 Pennsylvania Avenue N.W.
Washington, D.C.   20500

**Office of the Solicitor General**
United States of America
Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530-0001

**The Florida Bar Association**
The Florida Bar
651 E. Jefferson Street
Tallahassee, FL 32399-2300
(850) 561-5600

**Jacksonville Area Legal Aid Inc**
126 W Adams St, Jacksonville, FL 32202
(904) 356-8371

**CURTIS JACKSON**
225 W. 39 St.
Penthouse
NY, NY 10018

1 2126951350

2 **GUNIT**
3 225 W. 39Th. St.
4 Penthouse
5 NYNY 10018
6 2126951350

7 **Jacksonville Blood Bank**
8 The Blood Alliance At Shands
9 536 W 10th St, Jacksonville, FL 32206
10 (904) 329-2637

11 **CLEARWIRE**
  5220 Belfort Rd Suite 400.

12

13  Jacksonville, FL 32256

14 **8882532794**

15  **Department of H&R**
  Florida Department of Health and Rehabilitative Services.

16

17  1317 Winewood Boulevard -

18  Building E, Room 227.

19  Tallahassee, Florida 32399-0700

20 **Duval County Health Dept**

21 900 University Blvd N # 505

22 Jacksonville, FL 32211

23 **Department of Labor**
  **US Labor Dept**

24

25 400 W Bay St # 956

1    Jacksonville, FL 32202

2    **Orkin Pest & Termite Control**

3    529 Stuart Ln.

4    Jacksonville, FL 32254

5    (866) 574-1660

6    **U. S. Attorney's Office**
7    Department of Justice
8    555 Fourth Street, NW, 10th Floor
9    Washington, D.C. 20001

10   **Texas Utilities**

11   Texas Utilities Company

12   Energy Plaza 1601

13   Bryan Street

14   Dallas, Texas 75201

15   **Dena Rasul**
16   2024 Caljon Rd.
17   Jacksonville, Fl.
18

19   **OCPS**
20   Orange County Public Schools
21   445 West Amelin St.
22   Orlando, Florida 32801
23   407-317-3200.

24   **Jim Fuller Clerk of The Circuit Court**

Page 39 of 48

1   **Jury Witness Dept.**

2   220 East Bay St. Rm. 100

3   Jacksonville, Fl. 32202

4   **SAFELINK**

5    TracFone Wireless, Inc.

6    9700 NW 112th Avenue

7   Miami, FL 33178

8   **COMCAST**

9   **Comcast Cable**

10   **4600 Touchton Rd E # 2200, Jacksonville, FL 32246**

11   **(904) 374-8000**

12   Comcast

13   1224 Crestwood St.

14   Jacksonville, FL 32208

15   **AT&T**

16   **10300 Southside Blvd.**

17    **Jacksonville, FL 32256**

18   **(904) 363-2293**

19

20   **Warner Brothers**

21   Warner Brothers Studios Address:

22   4000 Warner Boulevard

23   Burbank, CA. 91522

24

25   **Time Warner**

26   www.timewarnercable.com -

27   200 West Forsyth St # 1010

Page 40 of  48

1      Jacksonville - (877) 841-3760

2      **BET**

3      1235 W Street NE

4      Washington, DC 20018

5      (202) 608-2000.

6      **CBS** Entertainment

7      51 West 52nd

8      Street New York, NY 10019

9      (212) 975-4321

10     **TBN,**

11     Trinity Broadcasting Network

12     P. O. Box A

13     Santa Ana, CA 92711

14     **WTLV**

15     WTLV TV Channel 12

16     1070 E Adams St

17     Jacksonville, Fl.

18     **WAWS**

19     **MAIN FOX NETWORK ADDRESS:**

20     Fox Broadcasting Co.

21     P.O. Box 900

22     Beverly Hills, CA 90213

23     (310) 369-1000

24     **MAIN CBS NETWORK ADDRESS:**

Page 41 of 48

1   Mr. Leslie Moonves, President & CEO
2   CBS Entertainment
3   51 West 52nd Street
4   New York, NY 10019
5   (212) 975-4321

6   **FOX**
7   MAIN FOX NETWORK ADDRESS:
8   Peter Liguori, President
9   Fox Broadcasting Co.
10  P.O. Box 900
11  Beverly Hills, CA 90213
12  (310) 369-1000

13  **FedEx**
14  221 W Forsyth St
15   Jacksonville, FL 32202

16
17  **HOMELAND SECURITY**
    US Department of Homeland Security
18
19  5210 Belfort Rd Ste 200, Jacksonville, FL 32256
20  (904) 446-2700
21  **City of Jacksonville Homeland Security**
22  Jacksonville, FL 32099
23  (904) 630-4728

24  **Civil Defense**
25  107 N Market St.
26   Jacksonville, FL 32202

27
28  **U.S. NATIONAL GUARD**
29  Florida Air National Guard
30  14300 Fang Dr, Jacksonville, FL 32218 » Map

Page 42 of 48

1   (904) 741-7100

2   **American Heritage Life Ins Co**
3   1776 American Heritage Life Dr.
4    Jacksonville, FL 32224 » Map
5   (904) 992-1776

6   **UPS**
7   **The UPS Store**
8   **221 N Hogan St, Jacksonville, FL 32202 » Map**
9   **(904) 355-4190**
10

11   **The Navy United States Department Of**

12   4737 Turkey Scratch Way

13    Jacksonville, FL 32257

14   **US ARMY**
15   4051 Phillips Hwy, Jacksonville, FL 32207 » Map
16   (904) 733-0152

17   **MTV**

18   MTV Networks

19   1515 Broadway

20   New York, NY 10036

21   **CIA**

22   Central Intelligence Agency

23   Office of Public Affairs
24   Washington, D.C. 20505

25   (703) 482-0623

26   **fax:**(703) 482-1739

27   **ABC**
28   ABC Entertainment
29    500 S. Buena Vista St

1               Burbank, CA 91521-4551

2               (818) 560-1000. (212) 456-7777


3               **First Coast News - WTLV/WJXX /ABC**

4               1070 East Adams Street

5               Jacksonville, FL 32202

6                 (904)354-1212


7               **Bill and Melinda Gates (Microsoft)**

8               **Corporate Headquarters**

9               Microsoft Corporation

10                One Microsoft Way

11                Redmond, WA 98052-6399


12               **Department Of Defense**

13               1400 Defense Pentagon

14                Washington, DC 20301-1400

15               **703-571-3343**


16               **Florida State Representatives**

17               **Duval County**

18               District Office:

19               Suite 200 76

20                South Laura Street

21                Jacksonville, FL 32202-3411

22                Phone: (904) 359-6090


23               **City Rescue Mission**

24               613 W. Ashlley Street

25               Jacksonville, FL 32202

26                (904) 354-4162


27               **Department of Education**

28               **PO BOX 24098**

29               **Atlanta, Georgia 30348**

30               **Progressive Financial Services**

31               **PO Box 41309**

32               **Nashville, TN 37204**

| | |
|---|---|
| 1 | **CHRISTINA LANGSTON** |
| 2 | **CITY OF JACKSONVILLE** |
| 3 | **EVENTS OFFICE** |
| 4 | 117 W Duval |
| 5 | 6303690 |

6  **Church of Scientology International**

7  6331 Hollywood Blvd,

8  Hollywood Guaranty Building.

9  Los Angeles, California

10

11  **Churches Chicken**

12  980 Hammond Drives N.E.,

13  Suite 1100, Atlanta, Georgia 30328

14  **British Airways BA**
Waterside (HAA3), Harmondsworth
15
16  London UB7 0GB, United Kingdom

17  Phone: +44-844-493-0787

18  **Merita Bread Bakery**
19  1300 1st Ave. S.
20  Birmingham, AL 35233 205-322-4491. Alaska
21
22

23  **Household Bank** HSBC Card Services
24  P.O.Box 80084
25  Salinas, CA.  93912-9084

26  **Department of H&R**
27  515 W. 6th St.
28  Jacksonville, Fl.

29  **Medicare Medicaid**
30  515 W. 6th St.
31  Jacksonville, Fl.

32  **Homeland Security**

33  Secretary Janet Napolitano

1  Department of Homeland Security
2  U.S. Department of Homeland Security
3  Washington, D.C. 20528

4  Operator Number: **202-282-8000**

5  Comment Line: **202-282-8495**

6  **CSX**

7  CSX Transportation Inc.
8  500 Water Street
9  Jacksonville, FL 32202
10  904-359-3100

11  **Google**

12  **Google Inc.**
13  1600 Amphitheatre Parkway
14  Mountain View, CA 94043
15  United States - Map
16  Phone: 650-253-0000
17  Fax: 650-253-0001
18  Website: http://www.google.com

19  **Linkshare**

20  **New York**
21  215 Park Avenue South
22  9th Floor
23  New York, NY 10003
24  Phone : 646 943 8200
25  Fax : 646 943 8204

26  **Youtube**

27  901 Cherry Ave.

28  San Bruno, CA 94066

29  **Myspace**
30  407 N. Maple Dr.
31  Beverly Hills, CA 90210

32  Phone: 310-969-7400

Page 46 of 48

**Twitter**

 795 Folsom St., Ste. 600
San Francisco, CA 94107

Phone: 415-222-9670

Fax: 415-222-0922


**Facebook**

**Facebook Corporate Office | Headquarters**
1601 S. California Ave.

Palo Alto, CA 94304
(650)543-4800

**Commission Junction**
530 East Montecito Street
Santa Barbara, CA 93103
United States
 Phone: 800-761-1072
 Fax: 805-730-8001

**Publix Dunn**

Publix Super Markets Corporate Office
ATTN: Consumer Relations
PO Box 407
 Lakeland, FL 33802-0407
  800-242-1227 (store-related comments only)

**Winn Dixie**

Winn-Dixie Stores, Inc.,

5050 Edgewood Court,

Jacksonville, FL 32254

**Vistaprint**
95 Hayden Avenue
Lexington, MA 02421

1

2       Notarized By: _____

3
4       For more information please contact the person below.

5       Contact:
6       K. Randolph
7       7531 Picket St.
8       Jacksonville, Fl.  32208
9       904-210-1213
10      904-242-6915
11      Plaintiff in pro se



file w/ New
Federal Claims.
④



Presenting, the one and only original

SHOWSTOPPA URBAN MUSIC NEWS N' ENTERTAINMENT MAGAZINE

**SHOWSTOPPAMAGAZINE.COM**

WHAT IS SHOWSTOPPA?

SHOWSTOPPA IS AN URBAN MUSIC NEWS N ENTERTAINMENT MAGAZINE QUARTERLY PRINT PUBLICATION

AT SHOWSTOPPA WE'RE ABOUT MUSIC AND YOU! SHOWSTOPPA IS DESIGNED TO REACH A VERY DIVERSE TARGET AUDIENCE COMPRISED OF VARIOUS CULTURES, BACKGROUNDS AND INTERESTS BUT WHO ALL SHARE A COMMON INTEREST, THE LOVE OF MUSIC!

WITHIN OUR COMPANY SHOWSTOPPA, WE BELIEVE WE ARE ALL PART OF AN EXTENDED FAMILY AND A BIGGER PICTURE. EVEN MORE WE BELIEVE THAT MUSIC IS UNIVERSAL AND IT IS THE GLUE THAT BINDS MANY CULTURES AND PROVIDES THE FOUNDATION FOR MANY CREATIVE SUCCESSES.

THROUGH HARD WORK, INTEGRITY, AND DEDICATION, WE WILL NOT ONLY ENTERTAIN OUR READERS, BUT EDUCATE, MOTIVATE, AND EMPOWER THEM TO GET SHOWSTOPPA (ENERGIZED & SENSATIONALIZED) ABOUT THEIR LIVES BY USING THE MUSIC INDUSTRY AVENUE WE LOVE AND CHERISH SO MUCH TO GIVE BACK TO OUR READERS, AND OUR COMMUNITIES, ADULTS AND YOUTH ALIKE BY PROVIDING A PLATFORM TO REVIEW IMPORTANT ISSUES AFFECTING OUR COMMUNITIES, AS WELL AS PRESENTING INFORMATION ON THE PERFORMERS WE LOVE, LOCAL TALENT, EVENTS, OTHER SUBJECT MATTER AND OPPORTUNITIES.

OUR GOAL IS NOT ONLY TO ENTERTAIN, YET ENLIGHTEN OUR READERS, AND ENCOURAGE THEM TO BECOME SHOWSTOPPA ABOUT THEIR LIVES AS THEY EXPERIENCE OUR MAGAZINE AND OUR PURPOSE.

WE AT SHOWSTOPPA MAGAZINE EMPLORE YOU, OUR MOST VALUABLE CLIENT, ASSOCIATE, SUPPORTER, AND READER, TO JOIN US ON OUR NEW FOUND JOURNEY BY BECOMING A PART OF OUR EXTENDED FAMILY, AND AID US IN GIVING BACK TO OUR URBAN COMMUNITIES AS MUCH AS THE MUSIC INDUSTRY HAS TAKEN. AND THAT'S A WHOLE LOT! IT IS TIME FOR BOTH ENTERTAINERS AND LISTENERS ALIKE TO JOIN HANDS AND CREATE UNITY, OPPORTUNITY AND PROSPERITY FOR ALL!

SHOWSTOPPA WAS CREATED BY AN INDEPENDENT MUSICAL ARTIST WHO HAS HAD AN INTEREST IN THE MUSIC INDUSTRY PRACTICALLY SINCE HER BIRTH AND HAS PERFORMED AS A SINGER, SONGWRITER, AND ASSOCIATE PRODUCER. HER DEGREE IN THE COMMUNICATIONS FIELD COMBINED WITH HER LOVE OF MUSIC HAS PROVIDED HER WITH THE FOUNDATION TO MAKE SHOWSTOPPA A SUCCESS. YOU'RE SURE TO BE HEARING MUCH, MUCH, MORE FROM THIS EXTREMELY TALENTED ARTIST AND BUSINESS PERSON.

OUR TEAM OF CREATIVE STAFF WORK HARD TO KEEP YOU INFORMED AND ENTERTAINED. HOWEVER, IF YOU HAVE ANY IDEAS, COMMENTS, OR SUGGESTIONS PLEASE FEEL FREE TO CONTACT US BY SENDING EMAILS TO SHOWSTOPPAMAGAZINE@HOTMAIL.COM

THANKING YOU IN ADVANCE!

RESPECTFULLY YOURS,
CEO & PRESIDENT OF SHOWSTOPPA
BELLA

For questions please call (904) 386-4532.

WWW.SHOWSTOPPAMAGAZINE.COM



Uppin the Game..

SHOWSTOPPA MAGAZINE
Urban Music News Net